| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>LAW FIRM OF BRIAN W. HOFMEISTER, LLC<br>By: Brian W. Hofmeister, Esq.<br>691 State Highway 33<br>Trenton, New Jersey 08619<br>(609) 890-1500<br>(609) 890-6961 - facsimile<br>bwh@hofmeisterfirm.com<br>Attorneys for Debtor | |
| In Re:<br><br>AMERICAN BOYCHOIR SCHOOL | Case No.:<br><br>Judge:<br><br>Chapter:    11 |

Recommended Local Form:    ■ Followed  ☐ Modified

## APPLICATION FOR RETENTION OF LAW FIRM OF BRIAN W. HOFMEISTER, LLC AS COUNSEL FOR THE DEBTOR-IN-POSSESSION

1. The applicant, AMERICAN BOYCHOIR SCHOOL is the

    ☐ Trustee:    ☐ Chap. 7    ☐ Chap. 11    ☐ Chap. 13.

    ■ Debtor:    ■ Chap. 11    ☐ Chap. 13

    ☐ Official Committee of _____

2. The applicant seeks to retain the following professional LAW FIRM OF BRIAN W. HOFMEISTER, LLC, 691 State Highway 33, Trenton, New Jersey 08619 to serve as:

    ■ Attorney for:    ☐ Trustee    ■ Debtor-in-Possession

    ☐ Official Committee of _____

☐ Accountant for: ☐ Trustee ☐ Debtor-in-possession

☐ Official Committee of _____

☐ Other Professional:

☐ Realtor ☐ Appraiser ☐ Special Counsel

☐ Auctioneer ☐ Other (specify):_____

3. The employment of the professional is necessary because: to provide legal advice to the Debtor and to assist in a successful Chapter 11.

4. The professional has been selected because: Prior experience in representing Debtors in Chapter 11 cases.

5. The professional services to be rendered are as follows:
All services necessary to achieve a successful reorganization or sale of assets.

6. The proposed arrangement for compensation is as follows:
Hourly fees to be approved by the Court.

7. To the best of the applicant's knowledge, the professional's connection with the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

■ None

■ Describe connection: due to the diversity of its practice, Law Firm of Brian W. Hofmeister, LLC works with, solicits and/or represents Chapter 7 & 11 trustees, receivers, debtors, accountants, creditors and liquidating trustees throughout NJ and/or NY area in matters unrelated to these proceedings.

8. To the best of the applicant's knowledge, the professional (check all that apply):

■ does not hold an adverse interest to the estate.

■ does not represent an adverse interest to the estate.

■ is a disinterested person under 11 U.S.C. § 101(14).

■ does not represent or hold any interest adverse to the debtor or the estate with respect to the matter for which he/she will be retained under 11 U.S.C. § 327(e).

■ Other; explain: due to the diversity of its practice, Law Frim of Brian W. Hofmeister, LLC works with, solicits and/or represents Chapter 7 & 11 trustees, receivers, debtors, accountants, creditors and liquidating trustees throughout NJ and/or NY area in matters unrelated to these proceedings.

9. If the professional is an auctioneer, appraiser or realtor, the location and description of the property is as follows:

Wherefore, the applicant respectfully requests authorization to employ the professional to render services in accordance with this application, with compensation to be paid as an administrative expense in such amounts as the Court may hereafter determine and allow.

Date:  April 10, 2015         By:   /s/Kerry Heimann
                                    Signature of Applicant

                                    Kerry Heimann

                                    Name of Applicant