B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

## District of New Jersey

In re ___American Boychoir School___ ,                    Case No. ___15-16475___

_Debtor_

Small Business Case under Chapter 11

### SMALL BUSINESS MONTHLY OPERATING REPORT

Month: ___August 2015___                    Date filed: ___09/14/2015___

Line of Business: ___Education___                    NAISC Code: _____

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

_____
Original Signature of Responsible Party

Kerry B. Heimann
_____
Printed Name of Responsible Party

**Questionnaire:** _(All questions to be answered on behalf of the debtor.)_                    **Yes**    **No**

| | | | |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | ❏ | ❏ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ❏ | ❏ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | ❏ | ❏ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ❏ | ❏ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ❏ | ❏ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ❏ | ❏ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ❏ | ❏ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ❏ | ❏ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ❏ | ❏ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ❏ | ❏ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ❏ | ❏ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ❏ | ❏ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ❏ | ❏ |

B 25C (Official Form 25C) (12/08)

14.   HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH?   ❏   ❏

15.   DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH?   ❏   ❏

16.   HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH?   ❏   ❏

17.   HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH?   ❏   ❏

18.   HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY?   ❏   ❏

### TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS?   ❏   ❏

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

### INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH.  THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

| | | |
|---|---|---|
| **TOTAL INCOME** | $ | 62,997.12 |

**SUMMARY OF CASH ON HAND**

| | | |
|---|---|---|
| Cash on Hand at Start of Month | $ | 825,344.41 |
| Cash on Hand at End of Month | $ | 789,027.88 |
| PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU   **TOTAL** | $ | 180,581.25 |

*(Exhibit B)*

### EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH.  INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

| | | |
|---|---|---|
| **TOTAL EXPENSES** | $ | 128,770.36 |

*(Exhibit C)*

### CASH PROFIT

| | | |
|---|---|---|
| INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)* | $ | 62,997.12 |
| EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)* | $ | 99,313.65 |
| *(Subtract Line C from Line B)*   **CASH PROFIT FOR THE MONTH** | $ | -36,316.53 |

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED
SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID.  THE LIST MUST INCLUDE
THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE
DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL PAYABLES**  $   17,313.73

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK
YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD.  YOU SHOULD INCLUDE WHO
OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY
WAIVE THIS REQUIREMENT.)*

**TOTAL RECEIVABLES**  $   91,395.78

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU
HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED
BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED?   23

NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT?   16

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING
PERIOD?   $   0.00

TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING
OF THE CASE?   $   0.00

*NON-BANKRUPTCY RELATED:*

PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS
REPORTING PERIOD?   $   0.00

TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE
FILING OF THE CASE?   $   0.00

B 25C (Official Form 25C) (12/08)

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180
DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | | Projected | | Actual | | Difference |
|---|---|---|---|---|---|---|
| INCOME | $ | 103,433.00 | $ | 62,997.12 | $ | -40,435.90 |
| EXPENSES | $ | 126,683.00 | $ | 99,313.65 | $ | -27,369.40 |
| CASH PROFIT | $ | -23,250.00 | $ | -36,316.50 | $ | -13,066.50 |

| | | |
|---|---|---|
| TOTAL PROJECTED INCOME FOR THE NEXT MONTH: | $ | 149,063.00 |
| TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH: | $ | 147,672.00 |
| TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH: | $ | 1,391.00 |

## ADDITIONAL INFORMATION

**PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET
WHICH YOU PREPARE INTERNALLY.**

Monthly Financial Reports
(due on the 14th day of the subsequent month)

Original Place of Filing:

| Seattle, WA  ▼ | Tacoma, WA  ▼ |
|---|---|
| File the underlined(original) with the court:<br><br>United States Bankruptcy Court<br>United States Courthouse<br>700 Stewart Street, **Suite 6103**<br>**Seattle**, WA 98101 | File the underlined(original) with the court:<br><br>United States Bankruptcy Court<br>1717 Pacific Avenue, **Suite 2100**<br>**Tacoma**, WA 98402 |

AND serve a copy on each of the following:

- Each member of any committees elected or appointed pursuant to the Bankruptcy Code, and to their authorized agents.
- Debtor's counsel.

NOTE: If the report is electronically filed with the Court, the United States Trustee will be served automatically. There is no need to serve an additional copy on the United States Trustee.

## STATUTORY FEE SCHEDULE

| If the debtor's disbursements for the calendar quarter are within these amounts. . . | | Then the quarterly fee due is . . . |
|---|---|---|
| **From** | **To** | |
| -0- | $14,999.99 | $325 |
| $15,000 | $74,999.99 | $650 |
| $75,000 | $149,999.99 | $975 |
| $150,000 | $224,999.99 | $1,625 |
| $225,000 | $299,999.99 | $1,950 |
| $300,000 | $999,999.99 | $4,875 |
| $1,000,000 | $1,999,999.99 | $6,500 |
| $2,000,000 | $2,999,999.99 | $9,750 |
| $3,000,000 | $4,999,999.99 | $10,400 |
| $5,000,000 | $14,999,999.99 | $13,000 |
| $15,000,000 | $29,999,999.99 | $20,000 |
| $30,000,000 or more | | $30,000 |

| Make check payable to:<br><br>**United States Trustee**<br><br>Mail quarterly fee payments to:<br><br>**US Trustee Program Payment Center**<br>**PO Box 530202**<br>**Atlanta, GA  30353-0202** | For calendar quarter ending. . . | A fee payment is due on. . . |
|---|---|---|
| | March 31 | April 30 |
| | June 30 | July 31 |
| | September 30 | October 31 |
| | December 31 | January 31 |

Send your payment and quarterly fee payment stub *ONLY*. Any disbursement stubs, monthly operating reports, correspondence, court notices, etc., sent to the lockbox **will be destroyed**.

### * * * NOTICE OF INTEREST ASSESSMENT * * *

Pursuant to 31 U.S.C. §3717, the United States Trustee Program will begin assessing interest on unpaid Chapter 11 quarterly fees charged in accordance with 28 U.S.C. §1930(a) effective October 1, 2007.  The interest rate assessed is the rate in effect as determined by the Treasury Department at the time your account becomes past due.

### * * * NOTICE OF COLLECTION PROCEDURES * * *

**DISCLOSURE OF INTENT TO USE TAXPAYER IDENTIFYING NUMBER FOR THE PURPOSE OF COLLECTING AND REPORTING DELINQUENT QUARTERLY FEES OWED TO THE UNITED STATES TRUSTEE PURSUANT TO 28 U.S.C. § 1930(a)(6)**

Please be advised that, pursuant to the Debt Collection Improvements Act of 1996, Public Law 104-134, Title III, § 31001(i)(3)(A), 110 Stat. 1321-365, codified at 31 U.S.C. § 3701, the United States Trustee intends to use the debtor's Taxpayer Identification Number ("TIN") as reported by the debtor or debtor's counsel in connection with the chapter 11 bankruptcy proceedings for the purpose of collecting and reporting on any delinquent debt, including chapter 11 quarterly fees, that are owed to the United States Trustee.

The United States Trustee will provide the debtor's TIN to the Department of Treasury for its use in attempting to collect overdue debts.  Treasury may take the following steps: (1) submit the debt to the Internal Revenue Service Offset Program so that the amount owed may be deducted from any payment made by the federal government to the debtor, including but not limited to tax refunds; (2) report the delinquency to credit reporting agencies; (3) send collection notices to the debtor; (4) engage private collection agencies to collect the debt; and, (5) engage the United States Attorney's office to sue for collection.  Collection costs will be added to the total amount of the debt.

| | Apr 10, 15 | May 31, 15 | Jun 30, 15 | Jul 31, 15 | Aug 31, 15 |
|---|---|---|---|---|---|
| **ASSETS** | | | | | |
| **Current Assets** | | | | | |
| **Checking/Savings** | | | | | |
| **1110 · Operating Cash, Pre-Petition** | | | | | |
| 1111 · Bank of Princeton (x8217) | 73,647.34 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1112 · Bank of America (x7387) | 64,713.67 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1113 · Bank of America (PA acct;x7602) | 22,643.70 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1114 · Bank of America (SCRIP, x8747) | 1,101.13 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1115 · Bank of America (Student;x8090) | 10,961.03 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1118 · Petty cash pre-petition | 34.65 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total 1110 · Operating Cash, Pre-Petition | 173,101.52 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | |
| **1120 · Operating Cash, Post-Petition** | | | | | |
| 1121 · Operating (DiP; PNC x8906) | 0.00 | 295,346.26 | 273,331.71 | 185,799.48 | 91,238.55 |
| 1122 · Transfer (DiP; PNC x1895) | 0.00 | 66,928.67 | 66,928.67 | 66,928.67 | 66,928.67 |
| 1123 · Parent's Assoc (DiP; PNC 1908) | 0.00 | 16,775.70 | 18,119.35 | 18,119.35 | 18,119.35 |
| 1124 · SCRIP Acct (DiP, PNCx1887) | 0.00 | 1,253.13 | 1,253.13 | 1,253.13 | 1,241.13 |
| 1125 · Student Bank (DiP; PNC x1916) | 0.00 | 9,320.78 | 9,320.78 | 9,320.78 | 9,320.78 |
| 1128 · Petty Cash | 0.00 | 34.65 | 716.48 | 53.55 | 1,053.55 |
| 1129 · Tour Petty Cash | 0.00 | 835.74 | 0.00 | 0.00 | 2,000.00 |
| 1130 · Tuition Holding (DiP;PNCx6047) | 0.00 | 835.74 | 0.00 | 0.00 | 55,320.83 |
| Total 1120 · Operating Cash, Post-Petition | 0.00 | 390,494.93 | 369,670.12 | 281,474.96 | 245,222.86 |
| **1200 · Non-Operating Cash Assets** | | | | | |
| 1201 · First Constitution (x6912) | 24,372.13 | 24,385.71 | 24,392.39 | 24,399.30 | 24,406.21 |
| 1202 · Bank of Princeton (x9735; bond) | 460,068.81 | 460,254.76 | 460,355.65 | 460,453.41 | 460,453.41 |
| 1203 · Bank of Princeton (x5550) | 8,094.95 | 8,094.95 | 8,094.95 | 8,094.95 | 8,094.95 |
| Total 1200 · Non-Operating Cash Assets | 492,535.89 | 492,735.42 | 492,842.99 | 492,947.66 | 492,954.57 |
| **1300 · Endowment funds** | | | | | |
| 1310 · Endowment (PNC x8763) | 51,194.60 | 51,093.25 | 50,980.15 | 50,921.79 | 50,850.45 |
| Total 1300 · Endowment funds | 51,194.60 | 51,093.25 | 50,980.15 | 50,921.79 | 50,850.45 |
| **Total Checking/Savings** | 716,832.01 | 934,323.60 | 913,493.26 | 825,344.41 | 789,027.88 |
| **Accounts Receivable** | | | | | |
| 1400 · Accounts Receivables | 126,600.78 | 98,215.78 | 73,215.78 | 48,515.78 | 91,395.78 |
| Total Accounts Receivable | 126,600.78 | 98,215.78 | 73,215.78 | 48,515.78 | 91,395.78 |
| **Total Current Assets** | 843,432.79 | 1,032,539.38 | 986,709.04 | 873,860.19 | 880,423.66 |
| **Fixed Assets** | | | | | |
| **1500 · Fixed Assets** | | | | | |
| **1510 · Furniture, Equipment, Property** | | | | | |
| 1511 · Inventory - recordings | 43,373.14 | 43,373.14 | 43,373.14 | 43,373.14 | 43,373.14 |
| 1512 · Miscellaneous property | 25,000.00 | 25,000.00 | 25,000.00 | 25,000.00 | 25,000.00 |
| 1513 · Items used by ABS | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 |
| 1514 · Books and Art | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 |
| Total 1510 · Furniture, Equipment, Property | 79,373.14 | 79,373.14 | 79,373.14 | 79,373.14 | 79,373.14 |
| **1520 · Vehicles** | | | | | |
| 1521 · ABS Touring Bus | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 |
| 1522 · Honda Odyssey Van | 16,075.00 | 16,075.00 | 16,075.00 | 16,075.00 | 16,075.00 |

American Boychoir School (Debtor in Possession)    Balance Sheet, 4/10-8/31/15

Accrual Basis

|  | Apr 10, 15 | May 31, 15 | Jun 30, 15 | Jul 31, 15 | Aug 31, 15 |
|---|---|---|---|---|---|
| 1523 · Ford Taurus | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 |
| **Total 1520 · Vehicles** | 28,575.00 | 28,575.00 | 28,575.00 | 28,575.00 | 28,575.00 |
| **Total 1500 · Fixed Assets** | 107,948.14 | 107,948.14 | 107,948.14 | 107,948.14 | 107,948.14 |
| **Total Fixed Assets** | 107,948.14 | 107,948.14 | 107,948.14 | 107,948.14 | 107,948.14 |
| Other Assets |  |  |  |  |  |
| 1600 · Other Assets |  |  |  |  |  |
| 1610 · Security Deposit, Marillac | 76,500.00 | 76,500.00 | 76,500.00 | 0.00 | 0.00 |
| **Total 1600 · Other Assets** | 76,500.00 | 76,500.00 | 76,500.00 | 0.00 | 0.00 |
| **Total Other Assets** | 76,500.00 | 76,500.00 | 76,500.00 | 0.00 | 0.00 |
| **TOTAL ASSETS** | 1,027,880.93 | 1,216,987.52 | 1,171,157.18 | 981,808.33 | 988,371.80 |
| **LIABILITIES** |  |  |  |  |  |
| Liabilities |  |  |  |  |  |
| Current Liabilities |  |  |  |  |  |
| Accounts Payable |  |  |  |  |  |
| 2000 · Accounts Payable | 0.00 | 87,896.11 | 104,675.85 | 31,856.85 | 17,313.73 |
| **Total Accounts Payable** | 0.00 | 87,896.11 | 104,675.85 | 31,856.85 | 17,313.73 |
| Credit Cards |  |  |  |  |  |
| 2010 · AmEx (pre-petition) | 86,836.98 | 85,973.47 | 85,973.47 | 85,973.47 | 85,973.47 |
| 2011 · AmEx (post-petition portion) | 837.00 | 8,869.72 | 0.00 | 0.00 | 0.00 |
| **Total Credit Cards** | 87,673.98 | 94,843.19 | 85,973.47 | 85,973.47 | 85,973.47 |
| **Total Current Liabilities** | 87,673.98 | 182,739.30 | 190,649.32 | 117,830.32 | 103,287.20 |
| Long Term Liabilities |  |  |  |  |  |
| 2100 · Pre-petition Liabilities |  |  |  |  |  |
| 2110 · Secured pre-petition claims | 484,340.11 | 484,340.11 | 484,340.11 | 484,340.11 | 484,340.11 |
| 2120 · Priority pre-petition claims | 404,879.09 | 404,879.09 | 404,879.09 | 404,879.09 | 525,141.87 |
| 2130 · Unsecured pre-petition claims | 475,758.89 | 475,758.89 | 475,758.89 | 475,758.89 | 475,758.89 |
| **Total 2100 · Pre-petition Liabilities** | 1,364,978.09 | 1,364,978.09 | 1,364,978.09 | 1,364,978.09 | 1,485,240.87 |
| **Total Long Term Liabilities** | 1,364,978.09 | 1,364,978.09 | 1,364,978.09 | 1,364,978.09 | 1,485,240.87 |
| **TOTAL LIABILITIES** | 1,452,652.07 | 1,547,717.39 | 1,555,627.41 | 1,482,808.41 | 1,588,528.07 |
| **NET ASSETS** |  |  |  |  |  |
| Unrestricted Net Assets (Current) | 298,865.30 | 391,944.88 | 338,210.05 | 298,133.89 | 319,304.91 |
| Temporarily Restricted Net Assets | (723,636.44) | (722,674.75) | (722,680.28) | (799,133.97) | (919,461.18) |
| **TOTAL NET ASSETS** | (424,771.14) | (330,729.87) | (384,470.23) | (501,000.08) | (600,156.27) |

# The American Boychoir School (Chapter 11)
## A/P Aging Detail
### As of September 13, 2015

| Type | Date | Num | Name | Due Date | Aging | Open Balance |
|------|------|-----|------|----------|-------|--------------|
| **Current** | | | | | | |
| Bill | 08/31/2015 | | ABS Staff (Touring) | 09/30/2015 | | 2,821.00 |
| **Total Current** | | | | | | 2,821.00 |
| **1 - 30** | | | | | | |
| Bill | 08/31/2015 | | NJ Manufacturer's I... | 09/10/2015 | 3 | 2,426.63 |
| Bill | 08/31/2015 | | Horizon Blue Cross ... | 09/10/2015 | 3 | 10,183.71 |
| Bill | 08/31/2015 | | 'Internal Revenue S... | 09/10/2015 | 3 | 1,332.39 |
| **Total 1 - 30** | | | | | | 13,942.73 |
| **31 - 60** | | | | | | |
| **Total 31 - 60** | | | | | | |
| **61 - 90** | | | | | | |
| Bill | 05/31/2015 | | Middle States Asso... | 06/18/2015 | 87 | 550.00 |
| **Total 61 - 90** | | | | | | 550.00 |
| **> 90** | | | | | | |
| **Total > 90** | | | | | | |
| **TOTAL** | | | | | | 17,313.73 |

9:31 PM
09/13/15

# The American Boychoir School (Chapter 11)
## A/R Aging Detail
### As of September 13, 2015

| Type | Date | Num | P. O. # | Name | Terms | Due Date | Class | Aging | Open Balance |
|------|------|-----|---------|------|-------|----------|-------|-------|--------------|
| **Current** | | | | | | | | | |
| Stmt Charge | 08/31/2015 | | | ABS Parents | | 10/01/2015 | | | 42,880.00 |
| Total Current | | | | | | | | | 42,880.00 |
| **1 - 30** | | | | | | | | | |
| Total 1 - 30 | | | | | | | | | |
| **31 - 60** | | | | | | | | | |
| Total 31 - 60 | | | | | | | | | |
| **61 - 90** | | | | | | | | | |
| Total 61 - 90 | | | | | | | | | |
| **> 90** | | | | | | | | | |
| Stmt Charge | 04/10/2015 | | | ABS Parents | | 04/10/2015 | | 156 | 48,515.78 |
| Total > 90 | | | | | | | | | 48,515.78 |
| **TOTAL** | | | | | | | | | 91,395.78 |

8:56 AM
09/13/15
Cash Basis

**The American Boychoir School (Chapter 11)**
**Profit & Loss**
August 2015

|  | Aug 15 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| **4100 · Tuition** | |
| 4110 · Tuition, current | 55,320.83 |
| **Total 4100 · Tuition** | 55,320.83 |
| | |
| **4300 · Music Revenue** | |
| **4310 · Touring Concert Fees** | |
| 4312 · Touring Advances | 2,100.00 |
| **Total 4310 · Touring Concert Fees** | 2,100.00 |
| | |
| 4330 · Orchestral & Special Projects | 5,500.00 |
| **Total 4300 · Music Revenue** | 7,600.00 |
| | |
| **4400 · Community Outreach** | |
| 4450 · Camp Albemarle | -5,685.00 |
| **Total 4400 · Community Outreach** | -5,685.00 |
| | |
| **4500 · Development Revenue** | |
| 4510 · Annual Fund | 5,752.22 |
| **Total 4500 · Development Revenue** | 5,752.22 |
| | |
| **4600 · Investments** | |
| 4610 · Interest-Savings, Short-term CD | 9.07 |
| **Total 4600 · Investments** | 9.07 |
| | |
| **Total Income** | 62,997.12 |
| | |
| **Expense** | |
| **5100 · Academic Expenses** | |
| 5150 · Academic memberships & prof dev | 506.60 |
| **Total 5100 · Academic Expenses** | 506.60 |
| | |
| **5300 · Music Expenses** | |
| 5330 · Orchestral & Special Projects | 25.00 |
| **Total 5300 · Music Expenses** | 25.00 |
| | |
| **5400 · Community Outreach Expenses** | |
| 5430 · ABE Expenses | 7,498.00 |
| **Total 5400 · Community Outreach Expenses** | 7,498.00 |
| | |
| **5600 · General & Administration** | |
| 5603 · Other G&A Expenses | 767.84 |
| 5606 · Postage, unassigned | 105.75 |
| 5608 · Bank Fees | 103.50 |

8:56 AM
09/13/15
Cash Basis

# The American Boychoir School (Chapter 11)
# Profit & Loss
## August 2015

|  | Aug 15 |
|---|---|
| **5620 · Insurance** | 15,818.00 |
| **5660 · Bankruptcy Expenses** | 4,875.00 |
| **Total 5600 · General & Administration** | 21,670.09 |
|  |  |
| **5700 · Property, Plant, Equipment** |  |
| **5760 · Storage Rental** | 1,950.00 |
| **Total 5700 · Property, Plant, Equipment** | 1,950.00 |
|  |  |
| **5800 · Payroll** |  |
| **5810 · Payroll, full-time staff** | 55,122.01 |
| **5820 · Payroll, kitchen & hourly** | 129.44 |
| **5850 · Health insurance** | 12,412.51 |
| **Total 5800 · Payroll** | 67,663.96 |
|  |  |
| **Total Expense** | 99,313.65 |
|  |  |
| **Net Ordinary Income** | -36,316.53 |
|  |  |
| **Net Income** | -36,316.53 |

9:38 PM
09/13/15
Cash Basis

# The American Boychoir School (Chapter 11)
## Profit & Loss Detail
### August 2015

| Type | Date | Num | Name | Memo | Class | Clr | Split | Original Amount | Paid Amount | Balance |
|------|------|-----|------|------|-------|-----|-------|-----------------|-------------|---------|
| **Ordinary Income/Expense** | | | | | | | | | | |
| **Income** | | | | | | | | | | |
| **4100 · Tuition** | | | | | | | | | | |
| **4110 · Tuition, current** | | | | | | | | | | |
| Deposit | 08/26/2015 | | ABS Parents | 2016 Tuition … | | | 1130 · Tuition … | 55,320.83 | 55,320.83 | 55,320.83 |
| **Total 4110 · Tuition, current** | | | | | | | | | 55,320.83 | 55,320.83 |
| **Total 4100 · Tuition** | | | | | | | | | 55,320.83 | 55,320.83 |
| **4300 · Music Revenue** | | | | | | | | | | |
| **4310 · Touring Concert Fees** | | | | | | | | | | |
| **4312 · Touring Advances** | | | | | | | | | | |
| Deposit | 08/26/2015 | | Concert Presenters | For 2015 tours | | | 1121 · Operati… | 2,100.00 | 2,100.00 | 2,100.00 |
| **Total 4312 · Touring Advances** | | | | | | | | | 2,100.00 | 2,100.00 |
| **Total 4310 · Touring Concert Fees** | | | | | | | | | | 2,100.00 |
| **4330 · Orchestral & Special Projects** | | | | | | | | | | |
| Deposit | 08/26/2015 | | Concert Presenters | BSO for Tan… | | | 1121 · Operati… | 5,500.00 | 5,500.00 | 5,500.00 |
| **Total 4330 · Orchestral & Special Projects** | | | | | | | | | 5,500.00 | 5,500.00 |
| **Total 4300 · Music Revenue** | | | | | | | | | 7,600.00 | 7,600.00 |
| **4400 · Community Outreach** | | | | | | | | | | |
| **4450 · Camp Albemarle** | | | | | | | | | | |
| Check | 08/03/2015 | 1054 | Camp Parents | Refund | | | 1121 · Operati… | -1,200.00 | -1,200.00 | -1,200.00 |
| Check | 08/10/2015 | 1055 | Camp Parents | Refund | | | 1121 · Operati… | -1,500.00 | -1,500.00 | -2,700.00 |
| Check | 08/17/2015 | 1052 | Camp Parents | Refund | | | 1121 · Operati… | -1,485.00 | -1,485.00 | -4,185.00 |
| Check | 08/20/2015 | 1053 | Camp Parents | Refund | | | 1121 · Operati… | -1,500.00 | -1,500.00 | -5,685.00 |
| **Total 4450 · Camp Albemarle** | | | | | | | | | -5,685.00 | -5,685.00 |
| **Total 4400 · Community Outreach** | | | | | | | | | | -5,685.00 |
| **4500 · Development Revenue** | | | | | | | | | | |
| **4510 · Annual Fund** | | | | | | | | | | |
| Deposit | 08/26/2015 | | Donors | Multiple dono… | | | 1121 · Operati… | 5,752.22 | 5,752.22 | 5,752.22 |
| **Total 4510 · Annual Fund** | | | | | | | | | 5,752.22 | 5,752.22 |
| **Total 4500 · Development Revenue** | | | | | | | | | | 5,752.22 |

9:38 PM

09/13/15

Cash Basis

# The American Boychoir School (Chapter 11)
## Profit & Loss Detail
### August 2015

| Type | Date | Num | Name | Memo | Class | Clr | Split | Original Amount | Paid Amount | Balance |
|------|------|-----|------|------|-------|-----|-------|-----------------|-------------|---------|
| **4600 · Investments** | | | | | | | | | | |
| **4610 · Interest-Savings, Short-term CD** | | | | | | | | | | |
| Deposit | 08/10/2015 | | | Interest | | | 1310 · Endow... | 2.16 | 2.16 | 2.16 |
| Deposit | 08/31/2015 | | | Deposit | | | 1201 · First C... | 6.91 | 6.91 | 9.07 |
| Total 4610 · Interest-Savings, Short-term CD | | | | | | | | | 9.07 | 9.07 |
| Total 4600 · Investments | | | | | | | | | 9.07 | 9.07 |
| **Total Income** | | | | | | | | | 62,997.12 | 62,997.12 |
| **Expense** | | | | | | | | | | |
| **5100 · Academic Expenses** | | | | | | | | | | |
| **5150 · Academic memberships & prof dev** | | | | | | | | | | |
| Check | 08/03/2015 | 1023 | SSAT | | | | 1121 · Operati... | 506.60 | 506.60 | 506.60 |
| Total 5150 · Academic memberships & prof dev | | | | | | | | | 506.60 | 506.60 |
| Total 5100 · Academic Expenses | | | | | | | | | 506.60 | 506.60 |
| **5300 · Music Expenses** | | | | | | | | | | |
| **5330 · Orchestral & Special Projects** | | | | | | | | | | |
| Check | 08/03/2015 | 1022 | ABS (Mark Laseter) | Mahler 8th p... | | | 1121 · Operati... | 25.00 | 25.00 | 25.00 |
| Total 5330 · Orchestral & Special Projects | | | | | | | | | 25.00 | 25.00 |
| Total 5300 · Music Expenses | | | | | | | | | 25.00 | 25.00 |
| **5400 · Community Outreach Expenses** | | | | | | | | | | |
| **5430 · ABE Expenses** | | | | | | | | | | |
| Check | 08/07/2015 | 1058 | Hun School of Princ... | | | | 1121 · Operati... | 7,498.00 | 7,498.00 | 7,498.00 |
| Total 5430 · ABE Expenses | | | | | | | | | 7,498.00 | 7,498.00 |
| Total 5400 · Community Outreach Expenses | | | | | | | | | 7,498.00 | 7,498.00 |
| **5600 · General & Administration** | | | | | | | | | | |
| **5603 · Other G&A Expenses** | | | | | | | | | | |
| Check | 08/17/2015 | 1045 | Rory Hansen | Mover | | | 1121 · Operati... | 110.00 | 110.00 | 110.00 |
| Check | 08/27/2015 | 1060 | GE Capital | Copy machin... | | | 1121 · Operati... | 657.84 | 657.84 | 767.84 |
| Total 5603 · Other G&A Expenses | | | | | | | | | 767.84 | 767.84 |
| **5606 · Postage, unassigned** | | | | | | | | | | |
| Check | 08/04/2015 | 1056 | USPS | Postage, gen... | | | 1121 · Operati... | 105.75 | 105.75 | 105.75 |
| Total 5606 · Postage, unassigned | | | | | | | | | 105.75 | 105.75 |

9:38 PM

09/13/15

Cash Basis

# The American Boychoir School (Chapter 11)
## Profit & Loss Detail
### August 2015

| Type | Date | Num | Name | Class | Clr | Split | Original Amount | Paid Amount | Balance |
|------|------|-----|------|-------|-----|-------|-----------------|-------------|---------|
| **5608 · Bank Fees** | | | | | | | | | |
| Check | 08/03/2015 | | PNC Bank | | | 1121 · Operati... | 18.00 | 18.00 | 18.00 |
| Check | 08/03/2015 | | PNC Bank | | | 1124 · SCRIP... | 12.00 | 12.00 | 30.00 |
| Check | 08/12/2015 | | PNC Bank | | | 1310 · Endow... | 31.83 | 31.83 | 61.83 |
| Check | 08/31/2015 | | PNC Bank | | | 1310 · Endow... | 41.67 | 41.67 | 103.50 |
| **Total 5608 · Bank Fees** | | | | | | | | 103.50 | 103.50 |
| **5620 · Insurance** | | | | | | | | | |
| Check | 08/24/2015 | | Selective Insurance | | | 1121 · Operati... | 3,629.00 | 3,629.00 | 3,629.00 |
| Check | 08/26/2015 | | NJ Manufacturer's I... | | | 1121 · Operati... | 12,189.00 | 12,189.00 | 15,818.00 |
| **Total 5620 · Insurance** | | | | | | | | 15,818.00 | 15,818.00 |
| **5660 · Bankruptcy Expenses** | | | | | | | | | |
| Check | 08/04/2015 | 1057 | US Trustee | | | 1121 · Operati... | 4,875.00 | 4,875.00 | 4,875.00 |
| **Total 5660 · Bankruptcy Expenses** | | | | | | | | 4,875.00 | 4,875.00 |
| **Total 5600 · General & Administration** | | | | | | | | 21,670.09 | 21,670.09 |
| **5700 · Property, Plant, Equipment** | | | | | | | | | |
| **5760 · Storage Rental** | | | | | | | | | |
| Check | 08/31/2015 | 1061 | Buxton's Boxes | | | 1121 · Operati... | 1,950.00 | 1,950.00 | 1,950.00 |
| **Total 5760 · Storage Rental** | | | | | | | | 1,950.00 | 1,950.00 |
| **Total 5700 · Property, Plant, Equipment** | | | | | | | | 1,950.00 | 1,950.00 |
| **5800 · Payroll** | | | | | | | | | |
| **5810 · Payroll, full-time staff** | | | | | | | | | |
| Check | 08/14/2015 | | PrimePoint | | | 1121 · Operati... | 18,903.67 | 18,903.67 | 18,903.67 |
| Check | 08/14/2015 | | PrimePoint | | | 1121 · Operati... | 8,950.33 | 8,950.33 | 27,854.00 |
| Check | 08/14/2015 | | PrimePoint | | | 1121 · Operati... | 48.00 | 48.00 | 27,902.00 |
| Check | 08/31/2015 | | PrimePoint | | | 1121 · Operati... | 18,471.63 | 18,471.63 | 46,373.63 |
| Check | 08/31/2015 | | PrimePoint | | | 1121 · Operati... | 8,711.38 | 8,711.38 | 55,085.01 |
| Check | 08/31/2015 | | PrimePoint | | | 1121 · Operati... | 37.00 | 37.00 | 55,122.01 |
| **Total 5810 · Payroll, full-time staff** | | | | | | | | 55,122.01 | 55,122.01 |
| **5820 · Payroll, kitchen & hourly** | | | | | | | | | |
| Check | 08/07/2015 | 17380 | ABS Staff (Hourly) | | | 1121 · Operati... | 129.44 | 129.44 | 129.44 |
| **Total 5820 · Payroll, kitchen & hourly** | | | | | | | | 129.44 | 129.44 |

Memo column:
- Service char...
- July service c...
- Principal com...
- Account mai...
- Regular Sele...
- Regular NJM...
- Q2 Bankrupt...
- Storage facility
- Ref. 457; pay...
- Ref. 458; pay...
- Ref. 456; ser...
- Ref. 460; regu...
- Ref. 461; payr...
- Ref. 459; serv...
- One employee

Page 3

9:38 PM

09/13/15

Cash Basis

# The American Boychoir School (Chapter 11)
## Profit & Loss Detail
### August 2015

| Type | Date | Num | Name | Memo | Class | Clr | Split | Original Amount | Paid Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| **5850 · Health insurance** | | | | | | | | | | |
| Check | 08/04/2015 | | Horizon Blue Cross ... | | | | 1121 · Operati... | 12,412.51 | 12,412.51 | 12,412.51 |
| Total 5850 · Health insurance | | | | | | | | | 12,412.51 | 12,412.51 |
| Total 5800 · Payroll | | | | | | | | | 67,663.96 | 67,663.96 |
| **Total Expense** | | | | | | | | | 99,313.65 | 99,313.65 |
| **Net Ordinary Income** | | | | | | | | | -36,316.53 | -36,316.53 |
| **Net Income** | | | | | | | | | -36,316.53 | -36,316.53 |

**Non-Profit Checking**

PNC Bank

**PNC BANK**

For the Period 08/01/2015 to 08/31/2015

Primary Account Number: 80-5987-8906
Page 1 of 4
Number of enclosures: 0

AMERICAN BOYCHOIR SCHOOL
174 LAMBERTVILLE HOPEWELL RD
HOPEWELL NJ 08525-2712

For 24-hour banking sign on to
PNC Bank Online Banking on pnc.com
FREE Online Bill Pay

For customer service call 1-877-BUS-BNKG
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET

Para servicio en espanol, 1-877-BUS-BNKG

**Moving?** Please contact your local branch

Write to:  Customer Service
PO Box 609
Pittsburgh, PA  15230-9738
Visit us at PNC.com/mybusiness/

TDD terminal: 1-800-531-1648
For hearing impaired clients only

## IMPORTANT ACCOUNT INFORMATION FOR BUSINESS CUSTOMERS

The information below amends the Business Checking Accounts and Related Charges. All other fees and requirements remain the same. Please read this information carefully and retain it with your records.

EFFECTIVE OCTOBER 1, 2015

WIRE TRANSFERS
> The Domestic Incoming Wire Transfers fee will be $13.00 each
> The Domestic Outgoing Branch-Initiated Wire Transfers fee will be $78.00 each
> The Domestic Outgoing Voice-Initiated Repetitive Wire Transfers fee will be $25.00 each
> The Domestic Outgoing Voice-Initiated One-Time Wire Transfers fee will be $28.00 each
> The International Incoming Wire Transfers fee will be $19.00 each
> The Wire Transfer Manual Repair fee will be $15.00 each
> The Incoming Book Transfers fee will be $3.75 each
> The Outgoing Branch-Initiated Book Transfers fee will be $65.00 each
> The Outgoing Voice-Initiated Book Transfers fee will be $15.00 each
> The Federal Tax Payments fee will be $30.00 each
> The Mail Advice fee will be $6.00 each

AUTOMATED CLEARING HOUSE (ACH) SERVICES
> The ACH Origination Maintenance fee will be $45.00 per month

## IMPORTANT INFORMATION ABOUT ATM TRANSACTIONS AND PURCHASES

Under certain conditions we may allow you to complete a transaction that may cause an overdraft to your business checking or money market account when using your PNC Bank Business Visa® Debit Card at PNC Bank ATMs, non-PNC ATMs, and for merchant purchases. At PNC Bank ATMs we can give you the choice to cancel the transaction if it would cause an overdraft. We are not able to provide you this choice at a non-PNC Bank ATM or when making merchant purchases.

If you would prefer that we not allow overdrafts for card transactions at the ATM or merchant, please call us at 1-877-222-5401, Monday - Friday, 7 a.m. - 10 p.m.; Saturday and Sunday, 8 a.m. - 5 p.m. (ET), to opt-out.

📠 For 24-hour account information, sign-on to
pnc.com/mybusiness/

For the Period 08/01/2015 to 08/31/2015
American Boychoir School
Primary Account Number: 80-5987-8906
Page 2 of 4

Non-Profit Checking Account Number: 80-5987-8906 - continued

If you do so, we will decline transactions if your available funds are not sufficient to cover them.

If you have called previously to opt-out, you do not need to call again.

For more information, please see our Business Checking Accounts and Related Charges and / or Account Agreement for Business Accounts, Payment of Overdrafts for Card Transactions section.

## Non-Profit Checking Summary

American Boychoir School

Account number:  80-5987-8906

Overdraft Protection has not been established for this account.
Please contact us if you would like to set up this service.

## Balance Summary

| | Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|---|
| | 185,799.48 | 13,352.22 | 107,913.15 | 91,238.55 |
| | | | Average ledger balance | Average collected balance |
| | | | 140,086.30 | 139,652.81 |

| Deposits and Other Additions | | | Checks and Other Deductions | | |
|---|---|---|---|---|---|
| Description | Items | Amount | Description | Items | Amount |
| Deposits | 2 | 13,352.22 | Checks | 14 | 22,542.63 |
| | | | ACH Deductions | 9 | 83,352.52 |
| | | | Service Charges and Fees | 1 | 18.00 |
| | | | Other Deductions | 1 | 2,000.00 |
| Total | 2 | 13,352.22 | Total | 25 | 107,913.15 |

### Daily Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 08/01 | 185,799.48 | 08/10 | 155,529.18 | 08/24 | 120,903.18 |
| 08/03 | 184,049.88 | 08/14 | 127,627.18 | 08/26 | 122,066.40 |
| 08/04 | 164,656.62 | 08/17 | 126,032.18 | 08/27 | 121,408.56 |
| 08/07 | 157,029.18 | 08/20 | 124,532.18 | 08/31 | 91,238.55 |

## Activity Detail

### Deposits and Other Additions

#### Deposits

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 08/26 | 5,752.22 | Deposit | 054148575 |
| 08/26 | 7,600.00 | Deposit | 054148587 |

## Checks and Other Deductions

### Checks and Substitute Checks          * Gap in check sequence

| Date posted | Check number | | Amount | Reference number | Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/03 | 1022 | * | 25.00 | 084340826 | 08/20 | 1053 | 1,500.00 | 084113834 | 08/04 | 1057 | 4,875.00 | 085604482 |
| 08/03 | 1023 | | 506.60 | 083441720 | 08/03 | 1054 | 1,200.00 | 084344771 | 08/07 | 1058 | 7,498.00 | 083468944 |
| 08/17 | 1045 | * | 110.00 | 085491612 | 08/10 | 1055 | 1,500.00 | 084834457 | 08/27 | 1060 | * | 657.84 | 073599101 |
| 08/17 | 1052 | * | 1,485.00 | 085766854 | 08/04 | 1056 | 105.75 | 085701233 | | | | |

Checks and Substitute Checks continued on next page

For 24-hour account information, sign-on to
pnc.com/mybusiness/

For the Period 08/01/2015 to 08/31/2015
American Boychoir School
Primary Account Number: 80-5987-8906
Page 3 of 4

Non-Profit Checking Account Number: 80-5987-8906 - continued

## Checks and Substitute Checks    - continued

| Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/31 | 1061 | 1,950.00 | 086412978 | 08/31 | 1062 | 1,000.00 | 051205855 | 08/07 | 17380 * | 129.44 | 083533331 |

## ACH Deductions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 08/04 | 12,412.51 | ACH Tel-Single Prem Pymnt | 00015215006321137 |
| | | Bcbs Primary 015450297 | |
| 08/14 | 18,903.67 | Corporate ACH EFT Pay Primepoint Llc 457 | 00015226009181834 |
| 08/14 | 8,950.33 | Corporate ACH EFT Pay Primepoint Llc 458 | 00015226009181833 |
| 08/14 | 48.00 | Corporate ACH EFT Pay Primepoint Llc 456 | 00015226009181835 |
| 08/24 | 3,629.00 | ACH Tel-Single Selective | 00015236002013850 |
| | | Selective Pmt 000000630615337 | |
| 08/26 | 12,189.00 | ACH Tel-Single Njmigecash | 00015237009290398 |
| | | Njmanufacturers W388686 | |
| 08/31 | 18,471.63 | Corporate ACH EFT Pay Primepoint Llc 460 | 00015243002451241 |
| 08/31 | 8,711.38 | Corporate ACH EFT Pay Primepoint Llc 461 | 00015243002451239 |
| 08/31 | 37.00 | Corporate ACH EFT Pay Primepoint Llc 459 | 00015243002451240 |

## Service Charges and Fees

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 08/03 | 18.00 | Service Charge Period Ending 07/31/2015 | |

## Other Deductions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 08/04 | 2,000.00 | Withdrawal | 053466311 |

## Detail of Services Used During Current Period

Note: The total charge for the following services will be posted to your account on 09/01/2015 and will appear on your next statement as a single line item entitled Service Charge Period Ending 08/31/2015.

** Combined Transactions include ACH Credits, ACH Debits, Checks Paid, Deposited Item - Consolidated, Deposit Tickets Processed

| Description | Volume | Amount | |
|---|---|---|---|
| Account Maintenance Charge | | .00 | Requirements Met |
| Combined Transactions | 39 | .00 | Included in Account |
| ACH Debits | 9 | .00 | |
| Checks Paid | 14 | .00 | |
| Deposited Item - Consolidated | 14 | .00 | |
| Deposit Tickets Processed | 2 | .00 | |
| Total For Services Used This Period | | .00 | |
| Total Service Charge | | .00 | |

Celebrating a customer milestone . . . get your slice of $25,000

PNC is celebrating 100,000 business customers in Cash Flow Insight, a suite of cash flow management tools in Online Banking to help you get cash in faster, get control of payables, sync with accounting software, and have an overall view of your cash flow, so you can see where you are today, and project and plan for your future with peace of mind.

To say THANK YOU, PNC is giving away $25,000 to Cash Flow Insight customers, current or new.*

# Non-Profit Checking

For 24-hour account information, sign-on to
pnc.com/mybusiness/

Non-Profit Checking Account Number: 80-5987-8906 - continued

Enter the Celebration Sweepstakes at pnc.com/CashFlowInsight100K for your chance to win $10,000 or $5,000 or be one of the weekly $2,500 winners. Enter by October 4, 2015.

To try Cash Flow Insight at no cost, get a limited-time $100 offer, or see real business success story videos, visit pnc.com/cashflowinsight or call 855-762-2361.

*Cash Flow Insight requires a PNC business checking account and enrollment in PNC Online Banking. Free trial offer valid for Cash Flow Insight and additional tools (Receivables, Payables and Accounting Software Sync) for your current statement cycle period and two additional statement cycles. One free trial per customer. For supported accounting software, post-trial fees, how to un-enroll, $100 offer and other details, visit pnc.com/cashflowinsight. Limit one $100 offer per business. Offer may be extended, modified or discontinued at any time without notice. No purchase necessary to enter or to win. Entries accepted at pnc.com/CashFlowInsight100K between August 31, 2015 at 12:00:01a.m. Eastern Time (ET) and ends on October 4, 2015 at 11:59:59p.m. ET for 4 weekly drawings on September 8, 15, 22 & 29 2015, 1 First Prize drawing on October 6, 2015 and 1 Grand Prize drawing on October 6, 2015. Open to all current PNC Cash Flow Insight customers and any current (as of 8/30/15) PNC business checking customers who enroll in a free trial of Cash Flow Insight during the Sweepstakes Period who reside and operate a legal business entity within the 50 United States and/or the District of Columbia and is at least 18 years of age and the age of majority in their state of primary residence at the time of entry. Void where prohibited or restricted by law. Subject to all applicable federal, state and local laws and regulations. Odds of winning depend on number of eligible entries received. Winners drawn at random. Winners contacted by email and/or telephone. Taxes responsibility of winner. Prizes are not transferable. No substitution of prizes. See official sweepstakes rules at pnc.com/CashFlowInsight100K. Sponsored by PNC Bank, National Association.

# Business Checking

PNC Bank

**For the Period 08/01/2015 to 08/31/2015**

Primary Account Number: 80-5989-1908
Page 1 of 3
Number of enclosures: 0

&#9742; PNC BANK

AMERICAN BOYCHOIR SCHOOL #15-16475
PARENTS ASSOCIATION
DEBTOR IN POSSESSION
174 LAMBERTVILLE HOPEWELL RD
HOPEWELL NJ 08525-2712

&#9742; For 24-hour banking sign on to
PNC Bank Online Banking on pnc.com
FREE Online Bill Pay

For customer service call 1-877-BUS-BNKG
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET

Para servicio en espanol, 1-877-BUS-BNKG

**Moving?** Please contact your local branch

&#9993; Write to: Customer Service
PO Box 609
Pittsburgh, PA  15230-9738
&#9000; Visit us at PNC.com/mybusiness/
&#9743; TDD terminal: 1-800-531-1648
For hearing impaired clients only

---

## IMPORTANT ACCOUNT INFORMATION FOR BUSINESS CUSTOMERS

The information below amends the Business Checking Accounts and Related Charges. All other fees and
requirements remain the same. Please read this information carefully and retain it with your records.

EFFECTIVE OCTOBER 1, 2015

WIRE TRANSFERS
> The Domestic Incoming Wire Transfers fee will be $13.00 each
> The Domestic Outgoing Branch-Initiated Wire Transfers fee will be $78.00 each
> The Domestic Outgoing Voice-Initiated Repetitive Wire Transfers fee will be $25.00 each
> The Domestic Outgoing Voice-Initiated One-Time Wire Transfers fee will be $28.00 each
> The International Incoming Wire Transfers fee will be $19.00 each
> The Wire Transfer Manual Repair fee will be $15.00 each
> The Incoming Book Transfers fee will be $3.75 each
> The Outgoing Branch-Initiated Book Transfers fee will be $65.00 each
> The Outgoing Voice-Initiated Book Transfers fee will be $15.00 each
> The Federal Tax Payments fee will be $30.00 each
> The Mail Advice fee will be $6.00 each

AUTOMATED CLEARING HOUSE (ACH) SERVICES
> The ACH Origination Maintenance fee will be $45.00 per month

## IMPORTANT INFORMATION ABOUT ATM TRANSACTIONS AND PURCHASES

Under certain conditions we may allow you to complete a transaction that may cause an overdraft to your
business checking or money market account when using your PNC Bank Business Visa® Debit Card at PNC Bank
ATMs, non-PNC ATMs, and for merchant purchases. At PNC Bank ATMs we can give you the choice to cancel the
transaction if it would cause an overdraft. We are not able to provide you this choice at a non-PNC Bank ATM
or when making merchant purchases.

If you would prefer that we not allow overdrafts for card transactions at the ATM or merchant, please call us
at 1-877-222-5401, Monday - Friday, 7 a.m. - 10 p.m.; Saturday and Sunday, 8 a.m. - 5 p.m. (ET), to opt-out.

For 24-hour account information, sign-on to
pnc.com/mybusiness/

For the Period 08/01/2015 to 08/31/2015
American Boychoir School #15-16475
Primary Account Number: 80-5989-1908
Page 2 of 3

Business Checking Account Number: 80-5989-1908 - continued

If you do so, we will decline transactions if your available funds are not sufficient to cover them.

If you have called previously to opt-out, you do not need to call again.

For more information, please see our Business Checking Accounts and Related Charges and / or Account Agreement for Business Accounts, Payment of Overdrafts for Card Transactions section.

## Business Checking Summary

Account number:  80-5989-1908

American Boychoir School #15-16475
Parents Association

Overdraft Protection has not been established for this account.
Please contact us if you would like to set up this service.

## Balance Summary

| | Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|---|
| | 18,119.35 | .00 | .00 | 18,119.35 |

| | | | Average ledger balance | Average collected balance |
|---|---|---|---|---|
| | | | 18,119.35 | 18,119.35 |

## Deposits and Other Additions

| Description | Items | Amount |
|---|---|---|
| Total | 0 | .00 |

## Checks and Other Deductions

| Description | Items | Amount |
|---|---|---|
| Total | 0 | .00 |

## Detail of Services Used During Current Period

Note:  The total charge for the following services will be posted to your account on 09/01/2015 and will appear on your next statement as a single line item entitled Service Charge Period Ending 08/31/2015.

| Description | Volume | Amount | |
|---|---|---|---|
| Account Maintenance Charge | | .00 | Requirements Met |
| Total For Services Used This Period | | .00 | |
| Total Service Charge | | .00 | |

Celebrating a customer milestone . . . get your slice of $25,000

PNC is celebrating 100,000 business customers in Cash Flow Insight, a suite of cash flow management tools in Online Banking to help you get cash in faster, get control of payables, sync with accounting software, and have an overall view of your cash flow, so you can see where you are today, and project and plan for your future with peace of mind.

To say THANK YOU, PNC is giving away $25,000 to Cash Flow Insight customers, current or new.*

Enter the Celebration Sweepstakes at pnc.com/CashFlowInsight100K for your chance to win $10,000 or $5,000 or be one of the weekly $2,500 winners. Enter by October 4, 2015.

To try Cash Flow Insight at no cost, get a limited-time $100 offer, or see real business success story videos, visit pnc.com/cashflowinsight or call 855-762-2361.

*Cash Flow Insight requires a PNC business checking account and enrollment in PNC Online Banking. Free trial offer valid for Cash Flow Insight and additional tools (Receivables, Payables and Accounting Software Sync)

For 24-hour account information, sign-on to
pnc.com/mybusiness/

**For the Period 08/01/2015 to 08/31/2015**
American Boychoir School #15-16475
Primary Account Number: 80-5989-1908
Page 3 of 3

Business Checking Account Number: 80-5989-1908 - continued

for your current statement cycle period and two additional statement cycles. One free trial per customer. For
supported accounting software, post-trial fees, how to un-enroll, $100 offer and other details, visit
pnc.com/cashflowinsight. Limit one $100 offer per business. Offer may be extended, modified or discontinued
at any time without notice. No purchase necessary to enter or to win. Entries accepted at
pnc.com/CashFlowInsight100K between August 31, 2015 at 12:00:01a.m. Eastern Time (ET) and ends on October 4,
2015 at 11:59:59p.m. ET for 4 weekly drawings on September 8, 15, 22 & 29 2015, 1 First Prize drawing on
October 6, 2015 and 1 Grand Prize drawing on October 6, 2015. Open to all current PNC Cash Flow Insight
customers and any current (as of 8/30/15) PNC business checking customers who enroll in a free trial of Cash
Flow Insight during the Sweepstakes Period who reside and operate a legal business entity within the 50
United States and/or the District of Columbia and is at least 18 years of age and the age of majority in
their state of primary residence at the time of entry. Void where prohibited or restricted by law. Subject to
all applicable federal, state and local laws and regulations. Odds of winning depend on number of eligible
entries received. Winners drawn at random. Winners contacted by email and/or telephone. Taxes responsibility
of winner. Prizes are not transferable. No substitution of prizes. See official sweepstakes rules at
pnc.com/CashFlowInsight100K. Sponsored by PNC Bank, National Association.

# Business Checking

PNC Bank

**For the Period 08/01/2015 to 08/31/2015**

Primary Account Number: 80-5989-1887
Page 1 of 3
Number of enclosures: 0

AMERICAN BOYCHOIR SCHOOL #15-16475
SCRIP
DEBTOR IN POSSESSION
174 LAMBERTVILLE HOPEWELL RD
HOPEWELL NJ 08525-2712

For 24-hour banking sign on to
PNC Bank Online Banking on pnc.com
FREE Online Bill Pay

For customer service call 1-877-BUS-BNKG
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET

Para servicio en espanol, 1-877-BUS-BNKG

**Moving?** Please contact your local branch

✉ Write to: Customer Service
PO Box 609
Pittsburgh, PA 15230-9738

🖳 Visit us at PNC.com/mybusiness/

TDD terminal: 1-800-531-1648
For hearing impaired clients only

## IMPORTANT ACCOUNT INFORMATION FOR BUSINESS CUSTOMERS

The information below amends the Business Checking Accounts and Related Charges. All other fees and
requirements remain the same. Please read this information carefully and retain it with your records.

EFFECTIVE OCTOBER 1, 2015

### WIRE TRANSFERS
> The Domestic Incoming Wire Transfers fee will be $13.00 each
> The Domestic Outgoing Branch-Initiated Wire Transfers fee will be $78.00 each
> The Domestic Outgoing Voice-Initiated Repetitive Wire Transfers fee will be $25.00 each
> The Domestic Outgoing Voice-Initiated One-Time Wire Transfers fee will be $28.00 each
> The International Incoming Wire Transfers fee will be $19.00 each
> The Wire Transfer Manual Repair fee will be $15.00 each
> The Incoming Book Transfers fee will be $3.75 each
> The Outgoing Branch-Initiated Book Transfers fee will be $65.00 each
> The Outgoing Voice-Initiated Book Transfers fee will be $15.00 each
> The Federal Tax Payments fee will be $30.00 each
> The Mail Advice fee will be $6.00 each

### AUTOMATED CLEARING HOUSE (ACH) SERVICES
> The ACH Origination Maintenance fee will be $45.00 per month

## IMPORTANT INFORMATION ABOUT ATM TRANSACTIONS AND PURCHASES

Under certain conditions we may allow you to complete a transaction that may cause an overdraft to your
business checking or money market account when using your PNC Bank Business Visa® Debit Card at PNC Bank
ATMs, non-PNC ATMs, and for merchant purchases. At PNC Bank ATMs we can give you the choice to cancel the
transaction if it would cause an overdraft. We are not able to provide you this choice at a non-PNC Bank ATM
or when making merchant purchases.

If you would prefer that we not allow overdrafts for card transactions at the ATM or merchant, please call us
at 1-877-222-5401, Monday - Friday, 7 a.m. - 10 p.m.; Saturday and Sunday, 8 a.m. - 5 p.m. (ET), to opt-out.

For 24-hour account information, sign-on to
pnc.com/mybusiness/

**For the Period 08/01/2015 to 08/31/2015**
American Boychoir School #15-16475
Primary Account Number: 80-5989-1887
Page 2 of 3

Business Checking Account Number: 80-5989-1887 - continued

If you do so, we will decline transactions if your available funds are not sufficient to cover them.

If you have called previously to opt-out, you do not need to call again.

For more information, please see our Business Checking Accounts and Related Charges and / or Account Agreement for Business Accounts, Payment of Overdrafts for Card Transactions section.

## Business Checking Summary
Account number:  80-5989-1887

American Boychoir School #15-16475
Scrip

Overdraft Protection has not been established for this account.
Please contact us if you would like to set up this service.

## Balance Summary

| | Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|---|
| | 1,253.13 | .00 | 12.00 | 1,241.13 |

| | | | Average ledger balance | Average collected balance |
|---|---|---|---|---|
| | | | 1,241.90 | 1,241.90 |

| Deposits and Other Additions | | | Checks and Other Deductions | | |
|---|---|---|---|---|---|
| Description | Items | Amount | Description | Items | Amount |
| | | | Service Charges and Fees | 1 | 12.00 |
| Total | 0 | .00 | Total | 1 | 12.00 |

## Daily Balance

| Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|
| 08/01 | 1,253.13 | 08/03 | 1,241.13 |

## Activity Detail

## Checks and Other Deductions

### Service Charges and Fees

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 08/03 | 12.00 | Service Charge Period Ending 07/31/2015 | |

### Detail of Services Used During Current Period

Note:  The total charge for the following services will be posted to your account on 09/01/2015 and will appear on your next statement as a single line item entitled Service Charge Period Ending 08/31/2015.

| Description | Volume | Amount |
|---|---|---|
| Account Maintenance Charge | 1 | 12.00 |
| Total For Services Used This Period | | 12.00 |
| Total Service Charge | | 12.00 |

Celebrating a customer milestone . . . get your slice of $25,000

PNC is celebrating 100,000 business customers in Cash Flow Insight, a suite of cash flow management tools in Online Banking to help you get cash in faster, get control of payables, sync with accounting software, and have an overall view of your cash flow, so you can see where you are today, and project and plan for your future with peace of mind.

# Business Checking

🖥 For 24-hour account information, sign-on to
pnc.com/mybusiness/

Business Checking Account Number: 80-5989-1887 - continued

**For the Period 08/01/2015 to 08/31/2015**
American Boychoir School #15-16475
Primary Account Number: 80-5989-1887
Page 3 of 3

---

To say THANK YOU, PNC is giving away $25,000 to Cash Flow Insight customers, current or new.*

Enter the Celebration Sweepstakes at pnc.com/CashFlowInsight100K for your chance to win $10,000 or $5,000 or be one of the weekly $2,500 winners. Enter by October 4, 2015.

To try Cash Flow Insight at no cost, get a limited-time $100 offer, or see real business success story videos, visit pnc.com/cashflowinsight or call 855-762-2361.

*Cash Flow Insight requires a PNC business checking account and enrollment in PNC Online Banking. Free trial offer valid for Cash Flow Insight and additional tools (Receivables, Payables and Accounting Software Sync) for your current statement cycle period and two additional statement cycles. One free trial per customer. For supported accounting software, post-trial fees, how to un-enroll, $100 offer and other details, visit pnc.com/cashflowinsight. Limit one $100 offer per business. Offer may be extended, modified or discontinued at any time without notice. No purchase necessary to enter or to win. Entries accepted at pnc.com/CashFlowInsight100K between August 31, 2015 at 12:00:01a.m. Eastern Time (ET) and ends on October 4, 2015 at 11:59:59p.m. ET for 4 weekly drawings on September 8, 15, 22 & 29 2015, 1 First Prize drawing on October 6, 2015 and 1 Grand Prize drawing on October 6, 2015. Open to all current PNC Cash Flow Insight customers and any current (as of 8/30/15) PNC business checking customers who enroll in a free trial of Cash Flow Insight during the Sweepstakes Period who reside and operate a legal business entity within the 50 United States and/or the District of Columbia and is at least 18 years of age and the age of majority in their state of primary residence at the time of entry. Void where prohibited or restricted by law. Subject to all applicable federal, state and local laws and regulations. Odds of winning depend on number of eligible entries received. Winners drawn at random. Winners contacted by email and/or telephone. Taxes responsibility of winner. Prizes are not transferable. No substitution of prizes. See official sweepstakes rules at pnc.com/CashFlowInsight100K. Sponsored by PNC Bank, National Association.

# Business Checking

PNC Bank

**For the Period 08/01/2015 to 08/31/2015**

PNC BANK

Primary Account Number: 80-5989-1916
Page 1 of 3
Number of enclosures: 0

AMERICAN BOYCHOIR SCHOOL #15-16475
STUDENT BANK
DEBTOR IN POSSESSION
174 LAMBERTVILLE HOPEWELL RD
HOPEWELL NJ 08525-2712

For 24-hour banking sign on to
PNC Bank Online Banking on pnc.com
FREE Online Bill Pay

For customer service call 1-877-BUS-BNKG
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET

Para servicio en espanol, 1-877-BUS-BNKG

**Moving?** Please contact your local branch

✉ Write to: Customer Service
PO Box 609
Pittsburgh, PA 15230-9738
Visit us at PNC.com/mybusiness/
TDD terminal: 1-800-531-1648
For hearing impaired clients only

---

## IMPORTANT ACCOUNT INFORMATION FOR BUSINESS CUSTOMERS

The information below amends the Business Checking Accounts and Related Charges. All other fees and requirements remain the same. Please read this information carefully and retain it with your records.

EFFECTIVE OCTOBER 1, 2015

WIRE TRANSFERS
> The Domestic Incoming Wire Transfers fee will be $13.00 each
> The Domestic Outgoing Branch-Initiated Wire Transfers fee will be $78.00 each
> The Domestic Outgoing Voice-Initiated Repetitive Wire Transfers fee will be $25.00 each
> The Domestic Outgoing Voice-Initiated One-Time Wire Transfers fee will be $28.00 each
> The International Incoming Wire Transfers fee will be $19.00 each
> The Wire Transfer Manual Repair fee will be $15.00 each
> The Incoming Book Transfers fee will be $3.75 each
> The Outgoing Branch-Initiated Book Transfers fee will be $65.00 each
> The Outgoing Voice-Initiated Book Transfers fee will be $15.00 each
> The Federal Tax Payments fee will be $30.00 each
> The Mail Advice fee will be $6.00 each

AUTOMATED CLEARING HOUSE (ACH) SERVICES
> The ACH Origination Maintenance fee will be $45.00 per month

## IMPORTANT INFORMATION ABOUT ATM TRANSACTIONS AND PURCHASES

Under certain conditions we may allow you to complete a transaction that may cause an overdraft to your business checking or money market account when using your PNC Bank Business Visa® Debit Card at PNC Bank ATMs, non-PNC ATMs, and for merchant purchases. At PNC Bank ATMs we can give you the choice to cancel the transaction if it would cause an overdraft. We are not able to provide you this choice at a non-PNC Bank ATM or when making merchant purchases.

If you would prefer that we not allow overdrafts for card transactions at the ATM or merchant, please call us at 1-877-222-5401, Monday - Friday, 7 a.m. - 10 p.m.; Saturday and Sunday, 8 a.m. - 5 p.m. (ET), to opt-out.

For 24-hour account information, sign-on to
pnc.com/mybusiness/

For the Period 08/01/2015 to 08/31/2015
American Boychoir School #15-16475
Primary Account Number: 80-5989-1916
Page 2 of 3

Business Checking Account Number: 80-5989-1916 - continued

If you do so, we will decline transactions if your available funds are not sufficient to cover them.

If you have called previously to opt-out, you do not need to call again.

For more information, please see our Business Checking Accounts and Related Charges and / or Account Agreement for Business Accounts, Payment of Overdrafts for Card Transactions section.

## Business Checking Summary
Account number:  80-5989-1916

American Boychoir School #15-16475
Student Bank

Overdraft Protection has not been established for this account.
Please contact us if you would like to set up this service.

## Balance Summary

| | Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|---|
| | 9,320.78 | .00 | .00 | 9,320.78 |

| | | Average ledger balance | Average collected balance |
|---|---|---|---|
| | | 9,320.78 | 9,320.78 |

| Deposits and Other Additions | | | Checks and Other Deductions | | |
|---|---|---|---|---|---|
| Description | Items | Amount | Description | Items | Amount |
| Total | 0 | .00 | Total | 0 | .00 |

### Detail of Services Used During Current Period
Note:  The total charge for the following services will be posted to your account on 09/01/2015 and will appear on your next statement as a single line item entitled Service Charge Period Ending 08/31/2015.

| Description | Volume | Amount | |
|---|---|---|---|
| Account Maintenance Charge | | .00 | Requirements Met |
| Total For Services Used This Period | | .00 | |
| Total Service Charge | | .00 | |

Celebrating a customer milestone . . . get your slice of $25,000

PNC is celebrating 100,000 business customers in Cash Flow Insight, a suite of cash flow management tools in Online Banking to help you get cash in faster, get control of payables, sync with accounting software, and have an overall view of your cash flow, so you can see where you are today, and project and plan for your future with peace of mind.

To say THANK YOU, PNC is giving away $25,000 to Cash Flow Insight customers, current or new.*

Enter the Celebration Sweepstakes at pnc.com/CashFlowInsight100K for your chance to win $10,000 or $5,000 or be one of the weekly $2,500 winners. Enter by October 4, 2015.

To try Cash Flow Insight at no cost, get a limited-time $100 offer, or see real business success story videos, visit pnc.com/cashflowinsight or call 855-762-2361.

*Cash Flow Insight requires a PNC business checking account and enrollment in PNC Online Banking. Free trial offer valid for Cash Flow Insight and additional tools (Receivables, Payables and Accounting Software Sync)

For 24-hour account information, sign-on to
pnc.com/mybusiness/

**For the Period 08/01/2015 to 08/31/2015**
American Boychoir School #15-16475
Primary Account Number: 80-5989-1916
Page 3 of 3

Business Checking Account Number: 80-5989-1916 - continued

for your current statement cycle period and two additional statement cycles. One free trial per customer. For supported accounting software, post-trial fees, how to un-enroll, $100 offer and other details, visit pnc.com/cashflowinsight. Limit one $100 offer per business. Offer may be extended, modified or discontinued at any time without notice. No purchase necessary to enter or to win. Entries accepted at pnc.com/CashFlowInsight100K between August 31, 2015 at 12:00:01a.m. Eastern Time (ET) and ends on October 4, 2015 at 11:59:59p.m. ET for 4 weekly drawings on September 8, 15, 22 & 29 2015, 1 First Prize drawing on October 6, 2015 and 1 Grand Prize drawing on October 6, 2015. Open to all current PNC Cash Flow Insight customers and any current (as of 8/30/15) PNC business checking customers who enroll in a free trial of Cash Flow Insight during the Sweepstakes Period who reside and operate a legal business entity within the 50 United States and/or the District of Columbia and is at least 18 years of age and the age of majority in their state of primary residence at the time of entry. Void where prohibited or restricted by law. Subject to all applicable federal, state and local laws and regulations. Odds of winning depend on number of eligible entries received. Winners drawn at random. Winners contacted by email and/or telephone. Taxes responsibility of winner. Prizes are not transferable. No substitution of prizes. See official sweepstakes rules at pnc.com/CashFlowInsight100K. Sponsored by PNC Bank, National Association.

# Business Checking

**PNC BANK**

PNC Bank

**For the Period 08/01/2015 to 08/31/2015**

Primary Account Number: 80-5989-1895
Page 1 of 3
Number of enclosures: 0

AMERICAN BOYCHOIR SCHOOL #15-16475
TAXES
DEBTOR IN POSSESSION
174 LAMBERTVILLE HOPEWELL RD
HOPEWELL NJ 08525-2712

For 24-hour banking sign on to
PNC Bank Online Banking on pnc.com
FREE Online Bill Pay

For customer service call 1-877-BUS-BNKG
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET

Para servicio en espanol, 1-877-BUS-BNKG

**Moving?** Please contact your local branch

✉ Write to: Customer Service
PO Box 609
Pittsburgh, PA  15230-9738
Visit us at PNC.com/mybusiness/
TDD terminal: 1-800-531-1648
For hearing impaired clients only

## IMPORTANT ACCOUNT INFORMATION FOR BUSINESS CUSTOMERS

The information below amends the Business Checking Accounts and Related Charges. All other fees and requirements remain the same. Please read this information carefully and retain it with your records.

## EFFECTIVE OCTOBER 1, 2015

### WIRE TRANSFERS
> The Domestic Incoming Wire Transfers fee will be $13.00 each
> The Domestic Outgoing Branch-Initiated Wire Transfers fee will be $78.00 each
> The Domestic Outgoing Voice-Initiated Repetitive Wire Transfers fee will be $25.00 each
> The Domestic Outgoing Voice-Initiated One-Time Wire Transfers fee will be $28.00 each
> The International Incoming Wire Transfers fee will be $19.00 each
> The Wire Transfer Manual Repair fee will be $15.00 each
> The Incoming Book Transfers fee will be $3.75 each
> The Outgoing Branch-Initiated Book Transfers fee will be $65.00 each
> The Outgoing Voice-Initiated Book Transfers fee will be $15.00 each
> The Federal Tax Payments fee will be $30.00 each
> The Mail Advice fee will be $6.00 each

### AUTOMATED CLEARING HOUSE (ACH) SERVICES
> The ACH Origination Maintenance fee will be $45.00 per month

## IMPORTANT INFORMATION ABOUT ATM TRANSACTIONS AND PURCHASES

Under certain conditions we may allow you to complete a transaction that may cause an overdraft to your business checking or money market account when using your PNC Bank Business Visa® Debit Card at PNC Bank ATMs, non-PNC ATMs, and for merchant purchases. At PNC Bank ATMs we can give you the choice to cancel the transaction if it would cause an overdraft. We are not able to provide you this choice at a non-PNC Bank ATM or when making merchant purchases.

If you would prefer that we not allow overdrafts for card transactions at the ATM or merchant, please call us at 1-877-222-5401, Monday - Friday, 7 a.m. - 10 p.m.; Saturday and Sunday, 8 a.m. - 5 p.m. (ET), to opt-out.

For the Period 08/01/2015 to 08/31/2015
American Boychoir School #15-16475
Primary Account Number: 80-5989-1895
Page 2 of 3

Business Checking Account Number: 80-5989-1895 - continued

If you do so, we will decline transactions if your available funds are not sufficient to cover them.

If you have called previously to opt-out, you do not need to call again.

For more information, please see our Business Checking Accounts and Related Charges and / or Account Agreement for Business Accounts, Payment of Overdrafts for Card Transactions section.

## Business Checking Summary
Account number:  80-5989-1895

American Boychoir School #15-16475
Taxes

Overdraft Protection has not been established for this account.
Please contact us if you would like to set up this service.

## Balance Summary

| | Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|---|
| | 66,928.67 | .00 | .00 | 66,928.67 |

| | Average ledger balance | Average collected balance |
|---|---|---|
| | 66,928.67 | 66,928.67 |

| Deposits and Other Additions | | | Checks and Other Deductions | | |
|---|---|---|---|---|---|
| Description | Items | Amount | Description | Items | Amount |
| Total | 0 | .00 | Total | 0 | .00 |

## Detail of Services Used During Current Period

Note:  The total charge for the following services will be posted to your account on 09/01/2015 and will appear on your next statement as a single line item entitled Service Charge Period Ending 08/31/2015.

| Description | Volume | Amount | |
|---|---|---|---|
| Account Maintenance Charge | | .00 | Requirements Met |
| Total For Services Used This Period | | .00 | |
| Total Service Charge | | .00 | |

Celebrating a customer milestone . . . get your slice of $25,000

PNC is celebrating 100,000 business customers in Cash Flow Insight, a suite of cash flow management tools in Online Banking to help you get cash in faster, get control of payables, sync with accounting software, and have an overall view of your cash flow, so you can see where you are today, and project and plan for your future with peace of mind.

To say THANK YOU, PNC is giving away $25,000 to Cash Flow Insight customers, current or new.*

Enter the Celebration Sweepstakes at pnc.com/CashFlowInsight100K for your chance to win $10,000 or $5,000 or be one of the weekly $2,500 winners. Enter by October 4, 2015.

To try Cash Flow Insight at no cost, get a limited-time $100 offer, or see real business success story videos, visit pnc.com/cashflowinsight or call 855-762-2361.

*Cash Flow Insight requires a PNC business checking account and enrollment in PNC Online Banking. Free trial offer valid for Cash Flow Insight and additional tools (Receivables, Payables and Accounting Software Sync)

For 24-hour account information, sign-on to
pnc.com/mybusiness/

Business Checking Account Number: 80-5989-1895 - continued

For the Period 08/01/2015 to 08/31/2015
American Boychoir School #15-16475
Primary Account Number: 80-5989-1895
Page 3 of 3

for your current statement cycle period and two additional statement cycles. One free trial per customer. For
supported accounting software, post-trial fees, how to un-enroll, $100 offer and other details, visit
pnc.com/cashflowinsight. Limit one $100 offer per business. Offer may be extended, modified or discontinued
at any time without notice. No purchase necessary to enter or to win. Entries accepted at
pnc.com/CashFlowInsight100K between August 31, 2015 at 12:00:01a.m. Eastern Time (ET) and ends on October 4,
2015 at 11:59:59p.m. ET for 4 weekly drawings on September 8, 15, 22 & 29 2015, 1 First Prize drawing on
October 6, 2015 and 1 Grand Prize drawing on October 6, 2015. Open to all current PNC Cash Flow Insight
customers and any current (as of 8/30/15) PNC business checking customers who enroll in a free trial of Cash
Flow Insight during the Sweepstakes Period who reside and operate a legal business entity within the 50
United States and/or the District of Columbia and is at least 18 years of age and the age of majority in
their state of primary residence at the time of entry. Void where prohibited or restricted by law. Subject to
all applicable federal, state and local laws and regulations. Odds of winning depend on number of eligible
entries received. Winners drawn at random. Winners contacted by email and/or telephone. Taxes responsibility
of winner. Prizes are not transferable. No substitution of prizes. See official sweepstakes rules at
pnc.com/CashFlowInsight100K. Sponsored by PNC Bank, National Association.

# Non-Profit Checking

PNC Bank

**For the Period 08/26/2015 to 08/31/2015**

AMERICAN BOYCHOIR SCHOOL
TUITION ACCOUNT - DEBTOR IN
POSSESSION
174 LAMBERTVILLE HOPEWELL RD
HOPEWELL NJ 08525-2712

**PNC BANK**

Primary Account Number: 80-5989-6047
Page 1 of 3
Number of enclosures: 0

For 24-hour banking sign on to
PNC Bank Online Banking on pnc.com

FREE Online Bill Pay

For customer service call 1-877-BUS-BNKG
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET

Para servicio en espanol, 1-877-BUS-BNKG

**Moving?** Please contact your local branch

Write to: Customer Service
PO Box 609
Pittsburgh, PA 15230-9738
Visit us at PNC.com/mybusiness/

TDD terminal: 1-800-531-1648
For hearing impaired clients only

## IMPORTANT ACCOUNT INFORMATION FOR BUSINESS CUSTOMERS

The information below amends the Business Checking Accounts and Related Charges. All other fees and requirements remain the same. Please read this information carefully and retain it with your records.

EFFECTIVE OCTOBER 1, 2015

WIRE TRANSFERS
> The Domestic Incoming Wire Transfers fee will be $13.00 each
> The Domestic Outgoing Branch-Initiated Wire Transfers fee will be $78.00 each
> The Domestic Outgoing Voice-Initiated Repetitive Wire Transfers fee will be $25.00 each
> The Domestic Outgoing Voice-Initiated One-Time Wire Transfers fee will be $28.00 each
> The International Incoming Wire Transfers fee will be $19.00 each
> The Wire Transfer Manual Repair fee will be $15.00 each
> The Incoming Book Transfers fee will be $3.75 each
> The Outgoing Branch-Initiated Book Transfers fee will be $65.00 each
> The Outgoing Voice-Initiated Book Transfers fee will be $15.00 each
> The Federal Tax Payments fee will be $30.00 each
> The Mail Advice fee will be $6.00 each

AUTOMATED CLEARING HOUSE (ACH) SERVICES
> The ACH Origination Maintenance fee will be $45.00 per month

## IMPORTANT INFORMATION ABOUT ATM TRANSACTIONS AND PURCHASES

Under certain conditions we may allow you to complete a transaction that may cause an overdraft to your business checking or money market account when using your PNC Bank Business Visa® Debit Card at PNC Bank ATMs, non-PNC ATMs, and for merchant purchases. At PNC Bank ATMs we can give you the choice to cancel the transaction if it would cause an overdraft. We are not able to provide you this choice at a non-PNC Bank ATM or when making merchant purchases.

If you would prefer that we not allow overdrafts for card transactions at the ATM or merchant, please call us

For 24-hour account information, sign-on to
pnc.com/mybusiness/

Non-Profit Checking Account Number: 80-5989-6047 - continued

at 1-877-222-5401, Monday - Friday, 7 a.m. - 10 p.m.; Saturday and Sunday, 8 a.m. - 5 p.m. (ET), to opt-out.
If you do so, we will decline transactions if your available funds are not sufficient to cover them.

If you have called previously to opt-out, you do not need to call again.

For more information, please see our Business Checking Accounts and Related Charges and / or Account
Agreement for Business Accounts, Payment of Overdrafts for Card Transactions section.

## Non-Profit Checking Summary

Account number:  80-5989-6047

American Boychoir School
Tuition Account - Debtor In Possessi

Overdraft Protection has not been established for this account.
Please contact us if you would like to set up this service.

### Balance Summary

| | Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|---|
| | .00 | 55,320.83 | .00 | 55,320.83 |

| | Average ledger balance | Average collected balance |
|---|---|---|
| | 55,320.83 | 51,359.83 |

| Deposits and Other Additions | | | Checks and Other Deductions | | |
|---|---|---|---|---|---|
| Description | Items | Amount | Description | Items | Amount |
| Deposits | 1 | 55,320.83 | | | |
| Total | 1 | 55,320.83 | Total | 0 | .00 |

### Daily Balance

| Date | Ledger balance |
|---|---|
| 08/26 | 55,320.83 |

## Activity Detail

### Deposits and Other Additions

#### Deposits

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 08/26 | 55,320.83 | Deposit | 054148555 |

### Detail of Services Used During Current Period

Note:  The total charge for the following services will be posted to your account on 09/01/2015 and will appear on your next statement as a single
line item entitled Service Charge Period Ending 08/31/2015.

** Combined Transactions include ACH Credits, ACH Debits, Checks Paid, Deposited Item - Consolidated, Deposit Tickets Processed

| Description | Volume | Amount | |
|---|---|---|---|
| Account Maintenance Charge | | .00 | Requirements Met |
| Combined Transactions | 20 | .00 | Included in Account |
| Deposited Item - Consolidated | 19 | .00 | |
| Deposit Tickets Processed | 1 | .00 | |
| Total For Services Used This Period | | .00 | |
| Total Service Charge | | .00 | |

Celebrating a customer milestone . . . get your slice of $25,000

PNC is celebrating 100,000 business customers in Cash Flow Insight, a suite of cash flow management tools in

For 24-hour account information, sign-on to
pnc.com/mybusiness/

Non-Profit Checking Account Number: 80-5989-6047 - continued

Online Banking to help you get cash in faster, get control of payables, sync with accounting software, and have an overall view of your cash flow, so you can see where you are today, and project and plan for your future with peace of mind.

To say THANK YOU, PNC is giving away $25,000 to Cash Flow Insight customers, current or new.*

Enter the Celebration Sweepstakes at pnc.com/CashFlowInsight100K for your chance to win $10,000 or $5,000 or be one of the weekly $2,500 winners. Enter by October 4, 2015.

To try Cash Flow Insight at no cost, get a limited-time $100 offer, or see real business success story videos, visit pnc.com/cashflowinsight or call 855-762-2361.

*Cash Flow Insight requires a PNC business checking account and enrollment in PNC Online Banking. Free trial offer valid for Cash Flow Insight and additional tools (Receivables, Payables and Accounting Software Sync) for your current statement cycle period and two additional statement cycles. One free trial per customer. For supported accounting software, post-trial fees, how to un-enroll, $100 offer and other details, visit pnc.com/cashflowinsight. Limit one $100 offer per business. Offer may be extended, modified or discontinued at any time without notice. No purchase necessary to enter or to win. Entries accepted at pnc.com/CashFlowInsight100K between August 31, 2015 at 12:00:01a.m. Eastern Time (ET) and ends on October 4, 2015 at 11:59:59p.m. ET for 4 weekly drawings on September 8, 15, 22 & 29 2015, 1 First Prize drawing on October 6, 2015 and 1 Grand Prize drawing on October 6, 2015. Open to all current PNC Cash Flow Insight customers and any current (as of 8/30/15) PNC business checking customers who enroll in a free trial of Cash Flow Insight during the Sweepstakes Period who reside and operate a legal business entity within the 50 United States and/or the District of Columbia and is at least 18 years of age and the age of majority in their state of primary residence at the time of entry. Void where prohibited or restricted by law. Subject to all applicable federal, state and local laws and regulations. Odds of winning depend on number of eligible entries received. Winners drawn at random. Winners contacted by email and/or telephone. Taxes responsibility of winner. Prizes are not transferable. No substitution of prizes. See official sweepstakes rules at pnc.com/CashFlowInsight100K. Sponsored by PNC Bank, National Association.

# Constitution Bank

P.O. Box 539
Cranbury, NJ 08512

****** Client Account Activity ******

02212014  PRINCETON CENTER OF THE ARTS
          AND EDUCATION
          75 MAPLETON ROAD
          PRINCETON, NJ  08540

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

****** Funds Held By ******

9760056912 TOWNSHIP OF PLAINSBORO
           PERF  BOND MUN INT  #22MUNINT

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
Opening Balance        24,399.30              Closing Balance        24,406.21
Jul 31, 2015                                  Aug 31, 2015
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
**** Credits

| Date | Description | Type | Amount |
|---|---|---|---|
| 8/31/15 | INTEREST PAID | Interest | 6.91 |
| | Interest Split | | 3.45 |
| **** Total # of credits | | 1 | 6.91 |

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
**** Debits

| Date | Description | Type | Check # | Amount |
|---|---|---|---|---|
| There weren't any debit transactions for this period! | | | | |
| **** Total # of debits | | | | 0.00 |

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
**** Chronological Activity

| Date | Description | Type | Check # | Amount | Balance |
|---|---|---|---|---|---|
| 8/31/15 | INTEREST PAID | Interest | | 6.91 | 24,406.21 |
| | Interest Split | | | 3.45 | |
| **** Total # of entries | | 1 | | | |

**** End of Statement

# PNC
INSTITUTIONAL
ASSET MANAGEMENT

**AMERICAN BOYCHOIR SCH ENDOW CONS**
**CONSOLIDATED ACCOUNT STATEMENT**
Account number 21-42-501-3838763
August 1, 2015 - August 31, 2015

Page  1 of 14

www.pnc.com

**Your Relationship Managers**
Jacob Reinhart
PNC
620 Liberty Avenue
Pittsburgh , PA 15222
(412) 762-9965
jacob.reinhart@pnc.com

## Total portfolio value

| | |
|---|---|
| Total portfolio value on August 31 | $50,850.45 |
| Total portfolio value on August 1 | 50,921.79 |
| Total change in value | - $71.34 |

*Investment policy and market outlook*
Investment objective: 75% Equity 25% Fixed

### Bulletin board

*Purchase/Sale Advice: PNC Institutional Asset
Management*SM *effects transactions in your account of
which you are entitled to receive written notification at
the time and in the form agreed to in writing by each
party, and at no additional charge to you. Unless you
direct us otherwise in writing, you agree to accept your
periodic account statement, which lists all securities
transactions, receipts and disbursements during the
period, together with a listing of the assets held in your
account(s), in lieu of receiving copies of each
transactional advice.*



SH-002234-PII-PII40A01
PATRICK MEEHAN
C/O AMERICAN BOYCHOIR SCHOOL
75 MAPLETON ROAD, UNIT 4
PRINCETON NJ 08540-9669

019202-NNNNN
SH JC6B24523 20150901 96 63 N N



# PNC
## INSTITUTIONAL
## ASSET MANAGEMENT

**AMERICAN BOYCHOIR SCH ENDOW CONS**
**CONSOLIDATED ACCOUNT STATEMENT**
August 1, 2015 – August 31, 2015

Account number 21-42-501-3838763

Page    2 of  14

## About your account

The PNC Financial Services Group, Inc. ("PNC") uses the marketing name PNC Institutional Asset Management® for the various discretionary and non-discretionary institutional investment activities conducted by PNC Bank, National Association ("PNC Bank"), which is a Member FDIC, and investment management activities conducted by PNC Capital Advisors, LLC, a registered investment adviser ("PNC Capital Advisors"). PNC Bank uses the marketing name PNC Institutional Advisory Solutions℠ to provide discretionary investment management, trustee, and other related services. Standalone custody, escrow, and directed trustee services; FDIC-insured banking products and services; and lending of funds are also provided through PNC Bank. PNC does not provide legal, tax, or accounting advice unless, with respect to tax advice, PNC Bank has entered into a written tax services agreement. PNC does not provide services in any jurisdiction in which it is not authorized to conduct business. PNC Bank is not registered as a municipal advisor under the Dodd-Frank Wall Street Reform and Consumer Protection Act ("Act"). Investment management and related products and services provided to a "municipal entity" or "obligated person" regarding "proceeds of municipal securities" (as such terms are defined in the Act) will be provided by PNC Capital Advisors. "Vested Interest" is a registered trademark and "PNC Institutional Asset Management," "PNC Retirement Solutions," and "PNC Institutional Advisory Solutions" are service marks of The PNC Financial Services Group, Inc.

The securities in this account, including shares of mutual funds, are not bank deposits, PNC Bank and other banks do not guarantee these securities, the FDIC does not insure them nor does any government agency or government-sponsored agency of the federal government or any state. Securities involve investment risks, including the possible loss of the amount invested.

---

**NOTICE OF LIMITATION OF LIABILITY – Trust Accounts**

An action for breach of trust based on matters disclosed in a trust accounting or other written reports of the trustee – such as this statement – may be subject to a statute of limitations, limiting your right to sue, measured as follows, from the date the trust accounting, statement or written report is either mailed or received. If you have questions regarding your rights, please contact your attorney.

| | | |
|---|---|---|
| AL: 2 years from mailing | GA: 2 years from receipt | OH: 2 years from mailing |
| DC: 1 year from mailing | IL: 3 years from mailing | PA: 30 months from receipt |
| DE: 2 years from receipt | KY: 1 year from mailing | SC: 1 year from mailing |
| FL: 6 months from receipt | MI: 1 year from mailing | VA: 1 year from mailing |
| | MO: 1 year from mailing | WI: 1 year from mailing |

❷ **See pnc.com for the latest updates about our investing strategies.**

This statement contains information obtained from sources believed to be reliable. These sources may include other service providers that may also be under contractual obligation to you. Please contact your PNC Investment Professional via phone or in writing if there have been any changes in your investment objectives, financial situation, risk tolerance, or specific investment restrictions on the management of your account.

Investments: Not FDIC Insured. No Bank Guarantee. May Lose Value.
Insurance: Not FDIC Insured. No Bank or Federal Government Guarantee. Not a Deposit. May Lose Value.

This statement includes an accounting of asset holdings and transactional activity as well as additional informational schedules. It is not intended to be used for tax reporting purposes or to replace or supplement any tax information provided to you for that purpose.

◆ **PNC**
INSTITUTIONAL
ASSET MANAGEMENT

AMERICAN BOYCHOIR SCH ENDOW CONS
CONSOLIDATED ACCOUNT STATEMENT
Account number 21-42-501-3838763
August 1, 2015 – August 31, 2015

Page **3 of 14**

## *Table of contents*

| | Page |
|---|---|
| Summary | 5 |
| Portfolio value | 5 |
| Portfolio value by asset class | 5 |
| Change in account value | 5 |
| Accrued income summary | 6 |
| Investment income summary | 6 |
| Transaction summary - measured by cash balance | 6 |
| Transaction summary - measured by original value at PNC | 7 |
| Transaction summary - measured by market value | 8 |
| Analysis | 8 |
| Asset allocation | 9 |
| Detail | 9 |
| Portfolio detail | 10 |
| Transaction detail | 10 |
| Additions | 12 |
| | 12 |

019203 NNNNN
SH JC8204S23 20150901 96 63 N N



## PNC
INSTITUTIONAL
ASSET MANAGEMENT

AMERICAN BOYCHOIR SCH ENDOW CONS
CONSOLIDATED ACCOUNT STATEMENT
Account number 21-42-501-3838763
August 1, 2015 - August 31, 2015

Page 4 of 14

## Table of contents (continued)

| | Page |
|---|---|
| Investment income | 12 |
| Sales and maturities | 12 |
| Transfers between income and principal | 13 |
| Disbursements | 13 |
| Transfers between income and principal | 13 |
| Fees and charges | 14 |

PNC
INSTITUTIONAL
ASSET MANAGEMENT

AMERICAN BOYCHOIR SCH ENDOW CONS
CONSOLIDATED ACCOUNT STATEMENT
Account number 21-42-501-3838763
August 1, 2015 - August 31, 2015

Page    5 of    14

## Summary

### Portfolio value

| Income | | Principal | |
|---|---|---|---|
| Income on August 31 | - $41.67 | Principal on August 31 | $50,892.12 |
| Income on August 1 | - 41.67 | Principal on August 1 | 50,963.46 |
| Change in value | - | Change in value | - $71.34 |

| Total | |
|---|---|
| Total portfolio value on August 31 | $50,850.45 |
| Total portfolio value on August 1 | 50,921.79 |
| Total change in value | - $71.34 |

### Portfolio value by asset class

| | Value Aug. 31 | Value Aug. 1 | Change in value | Original Value at PNC |
|---|---|---|---|---|
| **Income** | | | | |
| Cash and cash equivalents | - $41.67 | - $41.67 | | - $41.67 |
| **Principal** | | | | |
| Cash and cash equivalents | $50,892.12 | $50,963.46 | - $71.34 | $50,892.12 |
| **Total** | $50,850.45 | $50,921.79 | - $71.34 | $50,850.45 |

019234 NNNNN
SH JOB24523 20150901 96 63 N N



# PNC
INSTITUTIONAL
ASSET MANAGEMENT

AMERICAN BOYCHOIR SCH ENDOW CONS
CONSOLIDATED ACCOUNT STATEMENT
Account number 21-42-501-3838763
August 1, 2015 - August 31, 2015

Page    6 of    14

## Summary

### Change in account value

|  | This period | From Jul. 1, 2015 |
|---|---|---|
| Beginning account value | $50,923.95 | $50,982.25 |
| **Additions** |  |  |
| Investment income | $2.16 | $4.26 |
| Other receipts | - | 13.07 |
| **Disbursements** |  |  |
| Fees and charges | - $73.50 | - $147.03 |
| Net accrued income | 0.01 | 0.07 |
| **Ending account value** | $50,852.62 | $50,852.62 |

### Investment income summary

|  | This period | From Jul. 1, 2015 |
|---|---|---|
| Income-cash and cash equivalents | $2.16 | $4.26 |
| **Total** | $2.16 | $4.26 |

### Accrued income summary

|  |  |
|---|---|
| Accrued income on August 31 | $2.17 |
| Accrued income on August 01 | 2.16 |
| **Net accrued income** | $0.01 |

|  | Estimated annual income | Accrued income this period |
|---|---|---|
|  | $25.43 | $2.17 |
| **Total** | $25.43 | $2.17 |

⬡ PNC

INSTITUTIONAL
ASSET MANAGEMENT

AMERICAN BOYCHOIR SCH ENDOW CONS
CONSOLIDATED ACCOUNT STATEMENT
Account number 21-42-501-3838763
August 1, 2015 - August 31, 2015

Page  7 of 14

*Summary*

## Transaction summary - measured by cash balance

| | Income This period | Income From Jul. 1, 2015 | Principal This period | Principal From Jul. 1, 2015 |
|---|---|---|---|---|
| Beginning cash balance | - $41.67 | - $41.67 | $41.67 | $41.67 |
| **Additions** | | | | |
| Investment income | $2.16 | $4.26 | - | - |
| Sales and maturities | - | - | 71.34 | 129.70 |
| Transfers within account | 73.50 | 573.50 | 2.16 | 430.73 |
| Other receipts | - | - | - | 13.07 |
| **Disbursements** | | | | |
| Transfers within account | - $2.16 | - $430.73 | - $73.50 | - $573.50 |
| Fees and charges | - 73.50 | - 147.03 | - | - |
| Ending cash balance | $41.67 | $41.67 | $41.67 | $41.67 |
| Change in cash | - | - | - | - |

019205 NNNNNN
SH JC824S23 20150001 96 63 N N

2284      PAGE   4 OF   7

02 244 2015 622



# PNC
## INSTITUTIONAL
## ASSET MANAGEMENT

AMERICAN BOYCHOIR SCH ENDOW CONS
CONSOLIDATED ACCOUNT STATEMENT
Account number 21-42-501-3838763
August 1, 2015 - August 31, 2015

**Page   8 of 14**

## Summary

### Transaction summary - measured by original value at PNC

| | This period | From Jul. 1, 2015 |
|---|---|---|
| Beginning original value | $50,921.79 | $50,980.15 |
| Disbursements | | |
| Sales | - $71.34 | - $129.70 |
| Change in cash | - | - |
| Ending original value | $50,850.45 | $50,850.45 |

### Transaction summary - measured by market value

| | This period | From Jul. 1, 2015 |
|---|---|---|
| Beginning market value | $50,921.79 | $50,980.15 |
| Disbursements | | |
| Sales | - $71.34 | - $129.70 |
| Ending market value | $50,850.45 | $50,850.45 |
| Accrued income on August 31 | $2.17 | $2.17 |
| Total account value | $50,852.62 | $50,852.62 |



**PNC**
INSTITUTIONAL
ASSET MANAGEMENT

## Analysis

### Asset allocation

|  | Aug. 31, 2015 |
|---|---|
| Cash and cash equivalents | 100.00 % |
| Mutual funds | 100.00 % |

AMERICAN BOYCHOIR SCH ENDOW CONS
CONSOLIDATED ACCOUNT STATEMENT
Account number 21-42-501-3838763
August 1, 2015 – August 31, 2015

Page  9 of  14

019200 NNNNN
SH JC8246523 20150901 96 63 N N

2204    PAGE  5 OF  7

02 244 2015 02Z

## PNC
INSTITUTIONAL
ASSET MANAGEMENT

AMERICAN BOYCHOIR SCH ENDOW CONS
CONSOLIDATED ACCOUNT STATEMENT
Account number 21-42-501-3838763
August 1, 2015 - August 31, 2015

Page   10 of   14

# Detail

## Portfolio - income

### Cash and cash equivalents
### Uninvested cash

| Description | Market value last period | Quantity | Current market value | Current price per unit | % of total portfolio | Total original value at PNC | Avg. original value at PNC per unit | Unrealized gain/loss | Current yield | Estimated annual income | Accrued income |
|---|---|---|---|---|---|---|---|---|---|---|---|
| UNINVESTED CASH | | - 41.670 | | - $41.67 | - 0.09 % | | - $41.67 | | | | |
| | | - 41.670 | | $1.0000 | - 0.09 % | | $1.00 | | | | |

## Portfolio - principal

### Cash and cash equivalents
### Uninvested cash

| Description | Market value last period | Quantity | Current market value | Current price per unit | % of total portfolio | Total original value at PNC | Avg. original value at PNC per unit | Unrealized gain/loss | Current yield | Estimated annual income | Accrued income |
|---|---|---|---|---|---|---|---|---|---|---|---|
| UNINVESTED CASH | | 41.670 | | $41.67 | 0.09 % | | $41.67 | | | | |
| | | 41.670 | | $1.0000 | 0.09 % | | $1.00 | | | | |

PRI200R (11/14)  LOT 12



## PNC
INSTITUTIONAL
ASSET MANAGEMENT

AMERICAN BOYCHOIR SCH ENDOW CONS
CONSOLIDATED ACCOUNT STATEMENT
Account number 21-42-501-3838763
August 1, 2015 - August 31, 2015

Page    11 of  14

*Detail*

### Mutual funds – money market

| Description | Quantity | Market value last period | Current price per unit | Current market value | % of total portfolio | Total original value at PNC | Avg. original value per unit | Unrealized gain/loss | Current yield | Estimated annual income | Accrued income |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PNC ADVANTAGE INSTL. MONEY MARKET FUND #433 21-42-001-1100396 | 50,850.450 | $50,921.79 | $1.0000 | $50,850.45 | 100.01 % | $50,850.45 | $1.00 | 0.06 % | $25.43 | $2.17 |

| Total cash and cash equivalents | | | | $50,892.12 | 100.08 % | $50,892.12 | | | 0.05 % | $25.43 | $2.17 |

| Total portfolio | | | | $50,850.45 | 100.00 % | $50,850.43 | | | 0.05 % | $25.43 | $2.17 |



# PNC
INSTITUTIONAL
ASSET MANAGEMENT

**AMERICAN BOYCHOIR SCH ENDOW CONS**
**CONSOLIDATED ACCOUNT STATEMENT**
Account number 21-42-501-3838763
August 1, 2015 - August 31, 2015

Page  12 of  14

## Transaction detail

**Detail**

| | | Cash-<br>income | Cash-<br>principal | Original value at PNC<br>Market value |
|---|---|---|---|---|
| Beginning balances this period | | - $41.67 | $41.67 | $50,921.79<br>$50,921.79 |

### Additions

**Investment income**

| Activity | Description | Payable<br>date | Post<br>date | Quantity | Amount<br>per unit | Cash-<br>income | Cash-<br>principal |
|---|---|---|---|---|---|---|---|
| Interest | PNC ADVANTAGE INSTL. MONEY<br>MARKET FUND #433<br>21-42-001-1100396 | 07/31/15 | 08/03/15 | | | $0.01 | |
| Interest | PNC ADVANTAGE INSTL. MONEY<br>MARKET FUND #433<br>21-42-001-1100396 | 07/31/15 | 08/03/15 | 50,963.460 | | $2.15 | |

**Total investment income**  $2.16

### Sales and maturities

| Activity | Description | Trade<br>date | Settle<br>date | Quantity | Amount<br>per unit | Charges | Cash-<br>income | Cash-<br>principal | Original value at PNC<br>Market value |
|---|---|---|---|---|---|---|---|---|---|
| Sale | PNC ADVANTAGE INSTL. MONEY<br>MARKET FUND #433<br>SALE OF ACI ASSET<br>21-42-001-1100396 | 08/31/15 | 08/31/15 | 71.340 | $1.0000 | | | $71.34 | - $71.34<br>- $71.34 |

PNC
INSTITUTIONAL
ASSET MANAGEMENT

AMERICAN BOYCHOIR SCH ENDOW CONS
CONSOLIDATED ACCOUNT STATEMENT
Account number 21-42-501-3838763
August 1, 2015 - August 31, 2015

Page   13 of   14

**Detail**

## Transfers between income and principal

| Activity | Description | Post date | Quantity | Amount per unit | Cash-income | Cash-principal | Original value at PNC Market value |
|---|---|---|---|---|---|---|---|
| Cash transfer | TRANSFER FROM PRINCIPAL TO INCOME 21-42-001-1100396 | 08/03/15 | | | $41.67 | | |
| Cash transfer | TRANSFER FROM INCOME TO PRINCIPAL 21-42-001-1100396 | 08/10/15 | | | | 2.16 | |
| Cash transfer | TRANSFER FROM PRINCIPAL TO INCOME 21-42-001-1100396 | 08/13/15 | | | $31.83 | | |

**Total transfers between income and principal** | | | | | $73.50 | $2.16 | |

**Total additions** | | | | | $775.66 | $73.50 | |

## Disbursements

## Transfers between income and principal

| Activity | Description | Post date | Quantity | Amount per unit | Cash-income | Cash-principal | Original value at PNC Market value |
|---|---|---|---|---|---|---|---|
| Cash transfer | TRANSFER FROM PRINCIPAL TO INCOME 21-42-001-1100396 | 08/03/15 | | | | - $41.67 | |
| Cash transfer | TRANSFER FROM INCOME TO PRINCIPAL 21-42-001-1100396 | 08/10/15 | | | - $2.16 | | |
| Cash transfer | TRANSFER FROM PRINCIPAL TO INCOME 21-42-001-1100396 | 08/13/15 | | | | - 31.83 | |

**Total transfers between income and principal** | | | | | - $2.16 | - $73.50 | - $71.34<br>- $71.34 |

019208 NNNNN
SH JC0824S23 20150001 96 63 N N

# PNC
## INSTITUTIONAL
## ASSET MANAGEMENT

AMERICAN BOYCHOIR SCH ENDOW CONS
CONSOLIDATED ACCOUNT STATEMENT
Account number 21-42-501-3838763
August 1, 2015 – August 31, 2015

Page 14 of 14

## *Detail*

## Fees and charges

| Activity Description | Post date | Quantity | Amount per unit | Cash- income | Cash- principal | Original value at PNC Market value |
|---|---|---|---|---|---|---|
| Asset value fee PNC BANK PRINCIPAL COMPENSATION THRU 07/31/15 21-42-001-1100396 | 08/12/15 | | | - $31.83 | | |
| Asset value fee PNC BANK ACCOUNT MAINTENANCE FEE 21-42-001-1100396 | 08/31/15 | | | - $41.67 | | |
| **Total fees and charges** | | | | | - $73.50 | |
| **Total disbursements** | | | | - $75.66 | - $73.50 | |
| Ending cash balance | | | | - $41.67 | $41.67 | |
| Change in cash | | | | - | - | |